# United States Bankruptcy Court
## Southern District of Florida

In re  **All Seasons Joy, LLC**

Debtor(s)

Case No. _____

Chapter  **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **All Seasons Joy, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March  9, 2026**

Date

**/s/ Frank M. Wolff**

**Frank M. Wolff**

Signature of Attorney or Litigant
Counsel for  **All Seasons Joy, LLC**

**Nardella & Nardella, PLLC**

**135 W. Central  Blvd**
**Suite 300**
**Orlando, FL 32801**
**407-966-2680**
**fwolff@nardellalaw.com**