UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION
www.flmb.uscourts.gov

In re:
All Seasons Joy, LLC,                           Case No.: 26-12879
                                                Chapter 11
          Debtor.                               Subchapter V
_____/

**CERTIFICATE OF AUTHORIZATION TO FILE BANKRUPTCY PETITION**

The undersigned certifies that the Debtor was authorized to file the petition in this case. The action was approved set forth in the attached duly Attested corporate resolution.

Date: March 9, 2026                     Respectfully submitted,

                                        */s/Frank M. Wolff*
                                        Frank M. Wolff, Esq.
                                        Florida Bar No. 319521
                                        **Nardella & Nardella, PLLC**
                                        135 W. Central Blvd., Suite 300
                                        Orlando, FL 32801
                                        Phone: (407) 966-2680
                                        fwolff@nardellalaw.com
                                        klynch@nardellalaw.com


**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                        */s/Frank M. Wolff*
                                        Frank M. Wolff, Esq.

## RESOLUTIONS OF THE SOLE MEMBER OF ALL SEASONS JOY, LLC

**WHEREAS,** the Sole Member of All Seasons Joy LLC, (the "Company") held a special meeting of the Members on March 6, 2026, to review the financial condition of the Corporation, its liabilities and liquidity, the alternatives available thereto, and the impact of the foregoing thereon; and

**WHEREAS,** it has been determined by the Sole Member, the Company is experiencing financial stress and that the Company's potential recourse and remedies are more readily available in the bankruptcy forum, and further that the resolution of various disputes and related matters on a consistent basis in a unified forum, rather than across multiple forums, is in the best interests of the Corporation;

**WHEREAS,** the Sole Member has inquired and considered the different alternatives available to the Company, and

**WHEREAS,** the Sole Member has been advised by counsel to the Company regarding available options for restructuring the Company's financial affairs, including the winding down of its business and the liquidation of its assets, filing for relief under Title 11 of the United States Code (the "Bankruptcy Code"), assignment of current assets for the benefit of creditors, or settlement of claims with individual creditors; and

**WHEREAS,** the Sole Member discussed the aforesaid alternatives including the filing of a case under the provisions of Chapter 11 of the Bankruptcy Code, and

**WHEREAS,** the Sole Member deems it to be in the best interests of the Company, its creditors, and its stockholders, that the Company seek relief under the provisions of chapter 11 of the Bankruptcy Code; and

**WHEREAS,** the Sole Member wishes to authorize the officers of the Company to take all necessary actions in connection with the execution and filing of the petition, schedules, and other documents that they deem necessary or proper in connection with such proceedings under Chapter 11 of the Bankruptcy Code.

**NOW, THEREFORE, BE IT RESOLVED,** that after consultation with legal counsel for the Company, in the judgment of the Board it is desirable and in the best interests of the Company, its stockholders, and creditors, that a petition be filed by the Company seeking relief under the provisions of chapter 11 of the Bankruptcy Code; and be it further,

**RESOLVED,** that the Sole Member Company, Hughetta Davis, and such other officers of the Company as she may direct (an "Authorized Person") are hereby authorized and directed to execute, deliver, file and perform in the name and on behalf of the Company, all petitions, schedules, motions, lists, applications, pleadings, orders and other documents (the "Chapter 11 Filings") in the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court") (with such changes therein and additions thereto as the Authorized Person may deem necessary, appropriate or advisable, the execution and delivery of any of the Chapter 11 Filings by such Authorized Person with any changes thereto to be conclusive evidence that such

Authorized Person deemed such changes to meet such standard); and be it further

**RESOLVED**, that any Authorized Person be, and hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts and deeds that such Authorized Person deems necessary, appropriate, or desirable in connection with the Company's chapter 11 case (the "Chapter 11 Case") or the Chapter 11 Filings, including without limitation,(i) the payment of fees, expenses and taxes such Authorized Person deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 11 Case with a view to the successful prosecution of such Chapter 11 Case (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

**RESOLVED**, that the law firm of Nardella & Nardella, PLLC, located at 135 W Central Blvd, Suite 300, Orlando, FL 32801, is hereby retained as attorneys for the Company in the Chapter 11 Case, and be it further

**RESOLVED**, that any and all past actions heretofore taken by an Authorized Person, any director, or any member of the Company in its name and on behalf thereof, in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects; and be it further

**RESOLVED**, that each Authorized Person, each of whom may act without the joinder of any of the others, be, and each of them individually hereby are, authorized and directed, in the name and on behalf of the Company, to take or cause to be taken all such further actions, including without limitation, negotiating, signing, executing, acknowledging, certifying, attesting, delivering, accepting, recording and filing (with such changes as such Authorized Person shall approve, and delivery thereof or the take such other action to be conclusive evidence of such approval) the Chapter 11 Case, the Chapter 11 Filings, and the retention of advisors and all such further documents, agreements, certificates and instruments and paying all fees, taxes and other expenses or payments, as such Authorized Person's sole discretion, may determine to be necessary, appropriate or desirable in order to fulfill the intent and accomplish the purposes of the foregoing resolutions, such determination to be conclusively evidenced by the taking of any such further action; and be it

**RESOLVED, FURTHER**, that any actions taken by any Authorized Person, for or on behalf of the Company, prior to the date hereof that would have been authorized by these

resolutions but for the fact that such actions were taken prior to the date hereof be, and they hereby are, authorized, adopted, approved, confirmed and ratified in all respects as the actions and deeds of the Company.

**SOLE MEMBER FOR**
**ALL SEASONS JOY, LLC**

DATE: March _6_, 2026

_____
Hughetta Davis , Sole Member