**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                             Case No.: 26-12879-EPK
                                                                   Chapter 11

All Seasons Joy, LLC

        Debtor.

_____/

### NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following

qualified individual as Subchapter V trustee in the above-captioned case:

**Linda M. Leali, P.A.**
**2525 Ponce De Leon Blvd., Suite 300**
**Coral Gables, FL 33134**
**Telephone: (305) 341-0671, ext. 1**
**Fax: (786) 294-6671**
**lleali@lealilaw.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is

attached to this notice. The meeting of creditors will be held **by telephone** on **April 9, 2026, at**

**9:00 a.m.** To appear by phone, use the call-in number: **888-330-1716 and participant code:**

**7168700.**

Dated: March 10, 2026

                                 Respectfully Submitted,

                                 Guy A. Van Baalen,
                                 Acting United States Trustee, Region 21

                                 By: /s/ Heidi A. Feinman_____
                                 Heidi A. Feinman, Assistant United States Trustee
                                 Heidi A. Feinman, Trial Attorney
                                 Office of the United States Trustee
                                 51 SW First Avenue, Ste. 1204
                                 Miami, Florida 33130
                                 Tel: (305) 536-7285