**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                              Case No.: 26-12879-EPK

All Seasons Joy, LLC.,                              Chapter 11

                    Debtor.

_____/

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as

Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as

defined by 11 U.S.C. §101(14) in that I:

(a)     am not a creditor, equity security holder or insider of the debtor;

(b)     am not, and was not, within two years before the date of filing of the
        petition, a director, officer, or employee of the debtor; and

(c)     do not have an interest materially adverse to the interest of the estate or of
        any class of creditors or equity security holders, by reason of any direct or
        indirect relationship to, connection with, or interest in, the debtor, or for
        any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation

for my service in this case at an hourly discounted rate of $450, in addition to seeking

reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP

2008.

1

Dated this 10th day of March, 2026.

**Linda M. Leali**
**Subchapter V Trustee**
**LINDA LEALI, P.A.**
2525 Ponce De Leon Blvd., Suite 300
Coral Gables, FL 33134
Telephone: (305) 341-0671

By:    /s/ Linda Leali
       LINDA LEALI
       lleali@lealilaw.com
       Florida Bar No. 186686
       *Subchapter V Trustee*