**CGFD10** (02/13/24)



**ORDERED in the Southern District of Florida on March 11, 2026**

**Erik P. Kimball**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 26–12879–EPK**

**Chapter: 11**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

All Seasons Joy, LLC
1441 W 30th St
Riviera Beach, FL 33404

EIN: 20–3971647

## ORDER SETTING SUBCHAPTER V STATUS CONFERENCE, CLAIMS BAR DATE, AND DEADLINE FOR ELECTIONS UNDER 11 U.S.C. §1111(b)

The above–referenced debtor has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code. To further the expeditious and economical resolution of this case, it is

**ORDERED:**

1. **Status Conference.** The Honorable Erik P. Kimball will hold the status conference required by 11 U.S.C. §1188 on **May 6, 2026**, at **01:30 PM** at **Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom B, West Palm Beach, FL 33401**. The Debtor, counsel for the Debtor, and the Subchapter V Trustee must appear at the status conference.

*Page 1 of 2*

Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or manually enter the following registration link in a browser:

**https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E**

All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

2. **Claims bar date.** The deadline for entities other than governmental units to file proofs of claim or interest is **May 18, 2026**.

3. **Deadline for 1111(b) election.** Any secured creditor that wishes to make an election under 11 U.S.C. §1111(b) must do so no later than **14 days** after the Debtor files a plan.

4. **Service.** The Debtor is directed to serve a copy of this Order on the Subchapter V Trustee, the United States Trustee, all creditors, and all other parties in interest, and to file a certificate of service as required by Local Rule 2002–1(F).

*# # #*

*Page 2 of 2*