UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION
www.flsb.uscourts.gov

In re:

ALL SEASONS JOY, LLC,

      Debtor.

Case No. 9:26-bk-12879
Chapter 11
Subchapter V

_____/

### CHAPTER 11 CASE MANAGEMENT SUMMARY

The Debtor, ALL SEASONS JOY LLC ("ASJ" or "Debtor"), by and through its proposed undersigned attorneys and pursuant to Local Rule 2081-1(B) of the United States Bankruptcy Court for the Southern District of Florida ("Local Rules"), and hereby files its Summary of the Case and states as follows:

1. **Date of Order for Relief under chapter 11:** On March 9, 2026 (the "Petition Date"), ASJ filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, with the United States Bankruptcy Court for the Southern District of Florida, West Palm Division.

2. **Names, case numbers and dates of filing of related debtors:** The Debtor has no related debtors in bankruptcy.

3. **Description of the Debtor's business:** ASJ owns and operates five residential rental properties in Riviera Beach, Florida. ASJ is a sister entity of Hilltop Missionary Baptist Church ("Hilltop"). Hilltop created ASJ as part of its ministry with the intent to provide low cost housing for the people in Riviera Beach, Florida, where Hilltop is located.

4. **Location of the Debtor's operations**: ASJ has its office at 1441 W. 30th St, Riviera Beach, FL 33404.

5.    **Reasons for filing chapter 11:**  On February 29, 2024, a judgment was entered in State Court in a case styled *Frank Daniels v All Seasons Joy, LLC et al*, case no. 2018-CA-008258 in the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida in the amount of $3,006,576.10.  ASJ has sought protection in Chapter 11 to save its properties and reorganize its debts.

6.    **List of officers and directors, and their salaries and benefits:**

Hughetta Davis – Sole Member of the Debtor and receives no salary or benefits from the Debtor.

7.    **Debtor's year-to-date and gross income for the calendar year prior to the Petition Date:**

Debtor is still compiling the YTD information .  Debtor is still compiling gross income for 2025.

8.    **Amounts owed to various creditors:**

a.    Obligations owed to priority creditors: approximately $15,211.63 owed to the  Brevard County Tax Collector

b.    Creditors holding secured claims, the name of and amounts owed to such creditors the only secured debt is the judgment lien held by Frank Daniels in the amount of $3,006,576.10,

c.    Amount of unsecured claims:  the Debtor does not believe there are any unsecured debt as of the date of the petition, but Tucker Law may possibly have a claim.

9.    **General description and approximate value of the Debtor's assets:**

a.    340 W. 19th Street, Riviera Beach, Florida, parcel ID: 56-43-42-28-25-011-0210 appraised value $350,000.

b.    1427 W 34th St. 1, Riviera Beach, Florida, Parcel ID: 56-43-42-29-03-007-0320, approximate value $ 465,000

c.    1306 W. 23rd St, Riviera Beach, Florida, Parcel ID: 56-43-42-29-13-017-0370, appraised value $310,000

 d.      1350 W 29th St, Riviera Beach, Florida, Parcel ID: 56-43-42-29-03-017-0370, appraised value $310,000.

e.      1424 W 34th St., Riviera Beach, Florida, Parcel ID: 56-43-42-29-03-007-0430, approximate value $280,000

10.    **List of all insurance policies the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires**:

ASJ has a commercial general coverage policy that covers all five properties with Scottsdale Insurance Company, policy number ending in 7137.  The policy period is from October 31, 2025 to October 31, 2026.

11.    **Number of employees and amounts of wages owed as of Petition Date**:

ASJ  has no employees.

12.    **Status of debtor's payroll and sales tax obligations.**

Debtor has no payroll and owes no sales tax

13.    **Anticipated emergency relief to be requested within 14 days from the Petition Date**:

a.  Motion for Authority to Use Cash Collateral

b.  Utility Motion

Dated: this 12th day of March 2026

Respectfully submitted,

/s/ Frank M. Wolff
Frank M. Wolff, Esq.
Florida Bar No. 319521
**Nardella & Nardella, PLLC**
135 W. Central Blvd., Suite 300
Orlando, FL 32801
Telephone (407) 966-2680
Email: fwolff@nardellalaw.com
Secondary Email: klynch@nardellalaw.com

*Proposed Counsel for Debtor in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2026 a true and correct copy of this case management summary has been served on all filing users through the CM/ECF system.

/s/ Frank M. Wolff
Frank M. Wolff, Esq.