UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

ALL SEASONS JOY, LLC

      Debtor.

_____/

Case No. 26-12879-EPK
Chapter 11
Subchapter V

## DEBTOR'S *EX PARTE* MOTION TO EXTEND
## TIME TO FILE LISTS, SCHEDULES, AND STATEMENTS

Debtor, All Seasons Joy, LLC ("Debtor"), by and through its undersigned proposed counsel and pursuant to Fed. R. Bankr. P. Rule 1007(c) and Local Rule 9013-1 (C)(2), moves for an extension of time to file its Lists, Schedules, and Statements and in support thereof, states as follows:

1.      On March 9, 2026 (the "Petition Date"), Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code.  [ECF No. 1].

2.      Debtor is operating its business and managing its affairs as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      To date, the United States Trustee has not appointed an official committee of unsecured creditors in the Debtor's case.  No trustee or examiner has been appointed.

4.      In accordance with Fed. R. Bankr. P. 1007(c), Debtor's lists, schedules and statements are due to be filed with the Court with fourteen (14) days after the Petition Date. Accordingly, Debtor's deadline to file its Lists, Schedules, and Statements is March 23, 2026.

5.      Debtor is working diligently on compiling the information necessary to complete the Lists, Schedules, and Statements, but requires more time.

6. Debtor's first meeting of creditors under section 341 of the Bankruptcy Code is scheduled for April 9, 2026.

7. By this Motion, Debtor requests a seven (7) day extension of time, through and including and including March 30, 2026, to file its Lists, Schedules, and Statements.

8. Debtor submits this Motion as being filed in good faith and will not prejudice the rights of any creditors or parties in interest.

WHEREFORE, the Debtor respectfully requests the entry of an Order (i) granting this Motion extending the time within which the Debtor shall file the required Lists, Schedules, and Statements to and including March 30, 2026; and (ii) granting such further relief which this Court deems just and proper.

Dated: March 23, 2026.                           Respectfully submitted,

*/s/ Frank M. Wolff*
Frank M. Wolff, Esq.
Florida Bar No. 073176
**Nardella & Nardella, PLLC**
135 W. Central Blvd., Suite 300
Orlando, FL 32801
(407) 966-2680
Primary email: fwolff@nardellalaw.com
Secondary email: klynch@nardellalaw.com

*PROPOSED COUNSEL TO DEBTOR*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 23, 2026, a true and correct copy of the foregoing has been served (i) to all filing users through the CM/ECF system.

*/s/ Frank M. Wolff*
Frank M. Wolff, Esq.

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

ALL SEASONS JOY, LLC

      Debtor.

Case No. 26-12879-EPK
Chapter 11
Subchapter V

_____/

**ORDER GRANTING DEBTOR'S *EX PARTE* MOTION
TO EXTEND TIME TO FILE LISTS SCHEDULES AND STATEMENTS**

This cause come before the Court on the Debtor's Ex Parte Motion to Extend Time to File

Lists, Schedules and Statement (ECF. No.__) (the "Motion") filed by the Debtor pursuant to Fed.

R. Bankr. P. Rule 1007(c) and Local Rule 9013-1 (C)(2).  The Court having reviewed the Motion

and having determined that good cause exists for the relief requested therein, it is

      **ORDERED:**

1.      The Motion is **GRANTED**.

2.      The time period within which the Debtor shall file its List, Schedules and

Statements is extended through and including March 30, 2026.

###

Submitted by:

Frank M. Wolff, Esq.
Florida Bar No.
**Nardella & Nardella, PLLC**
135 W. Central Blvd., Ste. 300
Orlando, Florida 32801
Phone: (407) 966-2680
Facsimile: (407) 966-2681
Email: fwolff@nardellalaw.com
Secondary email: klynch@nardellalaw.com

Attorney Frank M. Wolff shall serve a copy of this Order on the Debtor, Trustee, The U.S. Trustee and the  Master Service List.