UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                  :        CHAPTER 11
                                        :
ALL SEASONS JOY, LLC,                   :        CASE NO. 26-12879-EPK
                                        :
        Debtor.                         :

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **NOTICE OF HEARING** (Dkt. No. 17) was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system and via U.S. Mail to the following:

Linda Marie Leali       trustee@lealilaw.com,   F005@ecfcbis.com; lkennedy@lealilaw.com;
                        LindaLealiPA@jubileebk.net; nahomy@lealilaw.com;
                        ecf.alert+LeaLi@titlexi.com
Frank M. Wolff          fwolff@nardellalaw.com,   klynch@nardellalaw.com;
                        msayne@nardellalaw.com; cworkinger@nardellalaw.com

See Exhibit "A" attached hereto.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and the I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

DONE this the 27th day of March, 2026.

_____/s/_____
HEIDI A. FEINMAN
Assistant United States Trustee
Office of the U.S. Trustee
51 SW First Avenue
Miami, FL 33130
(305) 536-7285