

**ORDERED in the Southern District of Florida on April 10, 2026.**



**Erik P. Kimball**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

                                              Case No. 26-12879-EPK

ALL SEASONS JOY, LLC                     Chapter 11

     Debtor.

_____/

### ORDER GRANTING DEBTOR'S *EX PARTE* MOTION
### TO EXTEND TIME TO FILE LISTS SCHEDULES AND STATEMENTS

This cause come before the Court on the Debtor's Ex Parte Motion to Extend Time to File

Lists, Schedules and Statement (ECF. No.15) (the "Motion") filed by the Debtor pursuant to Fed.

R. Bankr. P. Rule 1007(c) and Local Rule 9013-1 (C)(2).  The Court having reviewed the Motion

and having determined that good cause exists for the relief requested therein, it is

**ORDERED:**

1.        The Motion is **GRANTED**.

2.      The time period within which the Debtor shall file its List, Schedules and Statements is extended through and including March 30, 2026.

###

Submitted by:

Frank M. Wolff, Esq.
Florida Bar No.
**Nardella & Nardella, PLLC**
135 W. Central Blvd., Ste. 300
Orlando, Florida 32801
Phone: (407) 966-2680
Facsimile: (407) 966-2681
Email: fwolff@nardellalaw.com
Secondary email: klynch@nardellalaw.com