UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                    :        CHAPTER 11
                                          :
ALL SEASONS JOY, LLC,                     :        CASE NO. 26-12879-EPK
                                          :
        Debtor.                           :


**NOTICE OF WITHDRAWAL OF EMERGENCY MOTION OF U.S. TO DISMISS THIS
CASE AND REQUEST FOR EXPEDITED HEARING**

The Acting United States Trustee hereby withdraws, without prejudice, his Emergency

Motion to Dismiss the Case and Request for Expedited Hearing (Dkt. No. 16)


                              GUY A. VAN BAALEN
                              Acting United States Trustee



                              _____/s/_____
                              HEIDI A. FEINMAN
                              Assistant U.S. Trustee
                              Florida Bar No. 0879460

Office of the U.S. Trustee
51 S.W. First Avenue
Room 1204
Miami, FL 33130
(305) 536-7285

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **NOTICE OF WITHDRAWAL OF EMERGENCY MOTION OF U.S. TO DISMISS THIS CASE AND REQUEST FOR EXPEDITED HEARING** was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system and via U.S. Mail to the following:

**Linda Marie Leali**    trustee@lealilaw.com,
F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net;nahomy@lealilaw.com;ecf.alert+LeaLi@titlexi.com
**Frank M. Wolff**    fwolff@nardellalaw.com,
klynch@nardellalaw.com;msayne@nardellalaw.com;ibennett@nardellalaw.com

See Exhibit "A"

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and the I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

DONE this the 14th day of April, 2026.

_____/s/_____
HEIDI A. FEINMAN
Assistant U.S. Trustee

Office of the U.S. Trustee
51 SW First Avenue, Suite 1204
Miami, FL 33130
(305) 536-7285