**CGFD15** (12/11/2023)



**ORDERED in the Southern District of Florida on April 15, 2026**

**Erik P. Kimball**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
**www.flsb.uscourts.gov**

**Case Number: 26–12879–EPK**
**Chapter: 11**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

All Seasons Joy, LLC
1441 W 30th St
Riviera Beach, FL 33404

EIN: 20–3971647

## ORDER DISMISSING CASE

At the time of filing of the above referenced case on **March 9, 2026**, the debtor was provided notice by the court of filing requirements and the deadline(s) to correct deficiencies.

As of the date of this order, the debtor has failed to correct the following deficiency(ies) by the required **03/30/2026** deadline:

> The Chapter 11 Small Business Petition was not accompanied by a Balance Sheet,
> Statement of Operations, Cash Flow Statement and Federal Tax Return or, a Statement as
> to Documents Required under 11 USC 1116(1)(B).

Because the debtor has failed to meet the deadline(s) above for the listed deficient items, it is

**ORDERED** that:

1. In accordance with 11 U.S.C. § 105(a), this case is dismissed.

2. All pending motions are denied as moot.

3. (If applicable) the trustee shall file a final report within 14 days of entry of this order.

4. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, Flagler Waterview Building, 1515 N Flagler Dr, Room 801, West Palm Beach FL 33401, **$0.00** for the balance of the filing fee as

required by Local Rule 1017–2(E). Only certified check or money order will be accepted (cash will not be accepted as a form of payment). Case number must be included on the certified check or money order. Filer should include a self–addressed stamped envelope if a receipt is requested. Any funds remaining with the trustee shall be applied to this balance in accordance with the Bankruptcy Code and Local Rule 1017–2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

5.  In accordance with Local Rule 1002–1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

*# # #*

The clerk shall serve a copy of this order on all parties of record.