United States Bankruptcy Court

Southern District of Florida

In re:                                               Case No. 26-12879-EPK

All Seasons Joy, LLC                     Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 113C-9 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 13, 2026 | Form ID: pdf004 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

**Recip ID**                   **Recipient Name and Address**
db                    + All Seasons Joy, LLC, 1441 W 30th St, Riviera Beach, FL 33404-3535

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:**

**Name**                         **Email Address**

Frank M. Wolff, Esq

           on behalf of Debtor All Seasons Joy  LLC fwolff@nardellalaw.com,
           klynch@nardellalaw.com;msayne@nardellalaw.com;ibennett@nardellalaw.com

Heidi A Feinman

           on behalf of U.S. Trustee Office of the US Trustee Heidi.A.Feinman@usdoj.gov

Linda Marie Leali

           trustee@lealilaw.com
           F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net;nahomy@lealilaw.com;ecf.alert+LeaLi@titlexi.com

Office of the US Trustee

           USTPRegion21.MM.ECF@usdoj.gov

TOTAL: 4



**ORDERED in the Southern District of Florida on April 10, 2026.**

**Erik P. Kimball**
**United States Bankruptcy Judge**



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

ALL SEASONS JOY, LLC

    Debtor.

_____/

Case No. 26-12879-EPK
Chapter 11

### ORDER GRANTING DEBTOR'S *EX PARTE* MOTION
### TO EXTEND TIME TO FILE LISTS SCHEDULES AND STATEMENTS

This cause come before the Court on the Debtor's Ex Parte Motion to Extend Time to File Lists, Schedules and Statement (ECF. No.15) (the "Motion") filed by the Debtor pursuant to Fed. R. Bankr. P. Rule 1007(c) and Local Rule 9013-1 (C)(2).  The Court having reviewed the Motion and having determined that good cause exists for the relief requested therein, it is

**ORDERED:**

1.    The Motion is **GRANTED**.

2.      The time period within which the Debtor shall file its List, Schedules and

Statements is extended through and including March 30, 2026.

###

Submitted by:

Frank M. Wolff, Esq.
Florida Bar No.
**Nardella & Nardella, PLLC**
135 W. Central Blvd., Ste. 300
Orlando, Florida 32801
Phone: (407) 966-2680
Facsimile: (407) 966-2681
Email: fwolff@nardellalaw.com
Secondary email: klynch@nardellalaw.com