UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flmb.uscourts.gov

In re:
All Seasons Joy, LLC,                                    Case No.: 26-12879
                                                         Chapter 11

        Debtor.

_____/

## CERTIFICATE OF SERVICE

All Seasons Joy, LLC, by and through undersigned counsel, certifies that a true and correct copy of the *Order Granting Debtor's Ex Parte Motion to Extend Time to File Lists, Schedules, and Statements (ECF No. 22)* was served on via CM/ECF notification on April 11, 2026 upon all interested parties registered to receive electronic notification and/or via first class, U.S. Mail as indicated on the Service List below on the 17th day of April 2026.

Dated: April 17, 2026                     Respectfully submitted,


        /s/ Frank M. Wolff
        Frank M. Wolff, Esq.
        Florida Bar No. 319521
        **Nardella & Nardella, PLLC**
        135 W. Central Blvd., Suite 300
        Orlando, FL 32801
        Telephone (407) 966-2680
        Email: fwolff@nardellalaw.com
        Secondary Email: klynch@nardellalaw.com

        *PROPOSED COUNSEL TO DEBTOR*

## Service List

**Notice Service via CM/ECF electronic filing:**
Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Linda Marie Leali

trustee@lealilaw.com,
F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net;nahomy@lealilaw.com;ecf.alert+LeaLi@titlexi.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Frank M. Wolff, Esq on behalf of Debtor All Seasons Joy, LLC
fwolff@nardellalaw.com,
klynch@nardellalaw.com;msayne@nardellalaw.com;cworkinger@nardellalaw.com

**Notice Service via United States Mail:**

All parties on the master mailing list attached


/s/ Frank M. Wolff
Frank M. Wolff, Esq.

Label Matrix for local noticing
113C-9
Case 26-12879-EPK
Southern District of Florida
West Palm Beach
Fri Apr 17 11:55:57 EDT 2026

All Seasons Joy, LLC
1441 W 30th St
Riviera Beach, FL 33404-3535

Akira West
340 West 19th St.
Riviera Beach, FL 33404-6125

Frank Daniels
757 W. 5th Street
Riviera Beach, FL 33404-7405

Geraldine Blount
1472 W. 34th St
Riviera Beach, FL 33404-2984

Hill Top Missionary Baptist Church
1273 W. 30th Street
Riviera Beach, FL 33404-3531

Jean Ferdinand
1350 W. 29th St
Riviera Beach, FL 33404-3524

Lucinda Warren
1472 W. 34th Street #1
Riviera Beach, FL 33404-2984

Mary Hightower
1306 W. 23rd St
Riviera Beach, FL 33404-4206

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Palm Beach County Tax Collector
Governmental Center
301 North Olive Ave
3rd Floor
West Palm Beach, FL 33401-4700

Tucker Law
c/o Matthew Sean Tucker
800 SE 3rd Avenue
Suite 300
Fort Lauderdale, FL 33316-1152

Frank M. Wolff Esq
135 W. Central Blvd., Ste. 300
Orlando, FL 32801-2435

Linda Marie Leali
2525 Ponce De Leon Blvd., Suite 300
Coral Gables, FL 33134-6044


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)West Palm Beach

End of Label Matrix
Mailable recipients    13
Bypassed recipients     1
Total                  14