UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

All Seasons Joy, LLC,

             Debtor.

Case No.: 26-12879-EPK

Chapter 11

_____/

## STATEMENT UNDER PENALTY OF PERJURY PURSUANT TO 11 USC § 1116(1)(B)

I, Hughetta Davis, the sole member of the Debtor state under penalty of perjury that no balance sheet, statement of operations or cash flow statement have been prepared, and Federal income tax return has been filed.

All Seasons Joy, LLC,

By: _Hughetta Davis_

Hughetta Davis, sole member

Date: April 21, 2026

Respectfully submitted,

/s/Frank M. Wolff

Frank M. Wolff, Esq.
Florida Bar No. 319521
**Nardella & Nardella, PLLC**
135 W. Central Blvd., Suite 300
Orlando, FL 32801
Phone: (407) 966-2680
fwolff@nardellalaw.com
klynch@nardellalaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/Frank M. Wolff

Frank M. Wolff, Esq.