# EXHIBIT A

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

CASE NO.: 50-2018-CA-008258-XXXX-MB

FRANK DANIELS,

    Plaintiff,

vs.

ALL SEASONS JOY, LLC, et al.,

    Defendants.

_____/



VIDEOTAPED DEPOSITION OF HUGHETTA DAVIS

TAKEN ON BEHALF OF THE PLAINTIFF

JANUARY 27, 2025
10:00 A.M. TO 2:14 P.M.

QUEST WORKSPACES
515 NORTH FLAGLER DRIVE SUITE P-300
WEST PALM BEACH, FLORIDA 33401

REPORTED BY:
ESTEFANY GONZALEZ, CER, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Q.    You filed taxes for All Seasons Joy?

      MR. BROWN:  Form.

A.    Yes.

BY MR. TUCKER:

Q.    When was the last time you filed tax returns for All Seasons Joy?

A.    2013.

Q.    Why has your company --

A.    2023.  2023.

Q.    So, All Seasons Joy filed tax returns in 2023?

A.    Right.

Q.    Is there a reason that they haven't been produced to us?

A.    Excuse me?

Q.    Is there a reason why those tax returns have not been produced to us?

A.    Because of CPA is sick.

Q.    Did you tell us that?  How long has she been sick for?

A.    I'm not -- I don't recall.

Q.    Ma'am, I'm going to mark as Exhibit 13.  Your Amended fact information sheet.

      THE COURT REPORTER:  We're on exhibit --

      MR. TUCKER:  I'm sorry?

      THE COURT REPORTER:  I believe we marked


**UNIVERSAL
COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com