UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flmb.uscourts.gov

In re:
All Seasons Joy, LLC,                                    Case No.: 26-12879
                                                        Chapter 11

         Debtor.

_____/

**CERTIFICATE OF SERVICE**

All Seasons Joy, LLC, by and through undersigned counsel, certifies that a true and correct

copy of the *Order Setting Subchapter V Status Conference, Claims Bar Date, and Deadline for*

*Elections under 11 U.S.C. §1111(B) (ECF. No. 44)* was served on via CM/ECF notification upon

all interested parties registered to receive electronic notification and/or via first class, U.S. Mail as

indicated on the Service List below on the 1st day of May 2026.

Dated: May 1, 2026                          Respectfully submitted,

                                            /s/ Frank M. Wolff
                                            Frank M. Wolff, Esq.
                                            Florida Bar No. 319521
                                            **Nardella & Nardella, PLLC**
                                            135 W. Central Blvd., Suite 300
                                            Orlando, FL 32801
                                            Telephone (407) 966-2680
                                            Email: fwolff@nardellalaw.com
                                            Secondary Email: klynch@nardellalaw.com

                                            *PROPOSED COUNSEL TO DEBTOR*

## Service List

**Notice Service via CM/ECF electronic filing:**

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Linda Marie Leali
trustee@lealilaw.com,
F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net;nahomy@lealilaw.com;ecf.alert+LeaLi@titlexi.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Frank M. Wolff, Esq on behalf of Debtor All Seasons Joy, LLC
fwolff@nardellalaw.com,
klynch@nardellalaw.com;msayne@nardellalaw.com;cworkinger@nardellalaw.com

**Notice Service via U.S. Mail:**

All non-CM/ECF parties on the mailing matrix attached.

/s/ Frank M. Wolff
Frank M. Wolff, Esq.

Label Matrix for local noticing
113C-9
Case 26-12879-EPK
Southern District of Florida
West Palm Beach
Tue Apr 28 13:58:16 EDT 2026

All Seasons Joy, LLC
1441 W 30th St
Riviera Beach, FL 33404-3535

Akira West
340 West 19th St.
Riviera Beach, FL 33404-6125

Frank Daniels
757 W. 5th Street
Riviera Beach, FL 33404-7405

Geraldine Blount
1472 W. 34th St
Riviera Beach, FL 33404-2984

Hill Top Missionary Baptist Church
1273 W. 30th Street
Riviera Beach, FL 33404-3531

Jean Ferdinand
1350 W. 29th St
Riviera Beach, FL 33404-3524

Lucinda Warren
1472 W. 34th Street #1
Riviera Beach, FL 33404-2984

Mary Hightower
1306 W. 23rd St
Riviera Beach, FL 33404-4206

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Palm Beach County Tax Collector
Governmental Center
301 North Olive Ave
3rd Floor
West Palm Beach, FL 33401-4700

Tucker Law
c/o Matthew Sean Tucker
800 SE 3rd Avenue
Suite 300
Fort Lauderdale, FL 33316-1152

Frank Daniels
800 SE 3rd Avenue, Suite 300
Fort Lauderdale, Fl 33316-1152

Frank M. Wolff Esq
135 W. Central Blvd., Ste. 300
Orlando, FL 32801-2435

Linda Marie Leali
2525 Ponce De Leon Blvd., Suite 300
Coral Gables, FL 33134-6044

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

End of Label Matrix
Mailable recipients    14
Bypassed recipients     1
Total                  15