**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

ALL SEASONS JOY, LLC                          Case No.: 26-12879-EPK

       Debtor.                                Chapter 11

_____/

**CERTIFICATE OF PROPONENT OF PLAN**
**ON ACCEPTANCE OF PLAN, REPORT ON**
**AMOUNT TO BE DEPOSITED, CERTIFICATE**
**OF AMOUNT DEPOSITED AND PAYMENT OF FEES**

The undersigned attorney for All Seasons Joy, LLC (the "Debtor") certifies the following:

1.      I have examined the court files in this proceeding, particularly as to claims, schedules and ballots filed.

2.      One ballot was filed prior to the July 8, 2026 date set by court order dated June 3, 2026.  Exhibit A is a summary of ballot submitted by class. Exhibit B is a list of the ballot filed. Classes I is unimpaired and a ballot was not required.

3.       There are no disputed, contingent or unliquidated claims that are entitled to voting or distribution under the plan.

4.      The Plan Calls for:

    (a) The sale of the Properties (as defined in the Plan);
    (b) The payment of reasonable closing costs, broker commissions, and prorations attributable to the respective property;
    (c) The payment of the Allowed Secured Claim of Palm Beach County Tax Collector;
    (d) The payment of Allowed Administrative Expense Claims of the Estate;

(e) The payment of Allowed Secured Claim of Frank Daniels'.

5.      All fees required by 28 U.S.C. §1930 have been paid.

DATED: July 20, 2026.

/s/ Frank M. Wolff
Frank M. Wolff, Esq.
Florida Bar No. 319521
**Nardella & Nardella, PLLC**
135 W. Central Blvd., Suite 300
Orlando, FL 32801
(407) 966-2680
fwolff@nardellalaw.com
klynch@nardellalaw.com


*Proposed Counsel for Debtor*

## EXHIBIT  A --  SUMMARY OF BALLOTS

**Class I**       **Secured Claims of Palm Beach Co. Tax Collector** (unimpaired)  **NO VOTE**

**Class II**      **Allowed Secured/Judgement Claim of  Frank Daniels** (impaired)  **REJECT**

| | |
|---|---|
| Number of Votes: | 1 |
| Number of Votes Accepting: | 0 |
| Dollar Amount of Votes: | $1,699,788.37 |
| Dollar Amount of Votes Accepting: | $0 |
| % of Votes Accepting: | 0% |
| % of Dollar Amounts Accepting: | 0% |
| Impaired Class: | Yes |

**Class III**     **Equity Interests and Subordinated Claims (impaired)**     **Deemed to Reject**

| | |
|---|---|
| Number of Votes: | 1 |
| Number of Votes Accepting: | 0 |
| Dollar Amount of Votes: | $1,306,787.73 |
| Dollar Amount of Votes Accepting: | $0 |
| % of Votes Accepting: | 0% |
| % of Dollar Amounts Accepting: | 0% |
| Impaired Class: | Yes |

## EXHIBIT B -- LIST OF ALL BALLOTS FILED

| Doc # | CLASS | NAME OF CREDITOR | AMOUNT SCHEDULED OR CLAIMED | DATE BALLOT FILED WITH COURT | ACCEPTS | REJECTS | SHOULD BE ALLOWED TO VOTE IF NOT, WHY? |
|---|---|---|---|---|---|---|---|
| 69 | 2 | Frank Daniels | $1,699,788.37 | 7/7/2026 | | X | |
| 70 | 3 | Frank Daniels | $1,306,787.73 | 7/7/2026 | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |