UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

In re:
ALL SEASONS JOY, LLC,

     Debtor.

CASE NO. 26-12879-EPK
Chapter 11
Subchapter V

## EXHIBIT REGISTER

Exhibits submitted on behalf of: Frank Daniels

Matter set for hearing/trial: Confirmation Hearing

Related docket entry number(s): D.E. 063

Date of hearing/trial: July 22, 2026

By: /s/ Matthew Sean Tucker
Matthew Sean Tucker
Florida Bar No. 90047
Tucker Law ®
800 SE 3rd Avenue, Suite 300
Fort Lauderdale, FL 33316
Telephone: (954) 204-0444
Facsimile: (954) 358-4946
Matt@TuckerUp.com
*Attorney for Creditor, Frank Daniels*

| Exhibit Number | Description | Admitted | Refused | Not Offered Into Evidence |
|---|---|---|---|---|
| 1 | Proof of Claim with attachments | | | |

LF-49 (rev. 06/01/2026)

1