**Fill in this information to identify the case:**

Debtor 1   All Seasons Joy, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **Southern District of Florida**

Case number:  **26–12879**

FILED

**U.S. Bankruptcy Court**
**Southern District of Florida**

4/30/2026

**Joseph Falzone, Clerk**

## Official Form 410
## Proof of Claim

04/25

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Frank Daniels

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Frank Daniels

Name

c/o Tucker Law
800 SE 3rd Avenue, Suite 300
Fort Lauderdale, FL 33316

Contact phone _____954–204–0444_____

Contact email ___litigation@tuckerup.com___

Uniform claim identifier (if you use one):
_____

**Where should payments to the creditor be sent?** (if different)

Tucker Law

Name

800 SE 3rd Avenue, Suite 300

Fort Lauderdale, FL 33316

Contact phone _____954–204–0444_____

Contact email _____matt@tuckerup.com_____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____
                                                                                           MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____

**7. How much is the claim?**

$ 3513869.81

**Does this amount include interest or other charges?**
☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

Personal injury

**9. Is all or part of the claim secured?**

☐ No
☑ Yes. The claim is secured by a lien on property.

**Nature of property:**
☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** Recorded final judgment

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ 1048395.00

**Amount of the claim that is secured:** $ 1048395.00

**Amount of the claim that is unsecured:** $ 2465474.81 (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate** (when case was filed) 8.44 %

☐ Fixed
☑ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

Official Form 410 — Proof of Claim — page 2

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply*: | | Amount entitled to priority |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ | |
| | ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ | |
| | ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ | |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ | |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ | |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ _____ | |

\* Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
**18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date      4/30/2026

MM / DD / YYYY

/s/ Matthew Sean Tucker

Signature

Print the name of the person who is completing and signing this claim:

| | |
|---|---|
| Name | Matthew Sean Tucker |
| | First name      Middle name      Last name |
| Title | Attorney for Creditor Frank Daniels |
| Company | Tucker Law |
| | Identify the corporate servicer as the company if the authorized agent is a servicer |
| Address | 800 SE 3rd Avenue, Suite 300 |
| | Number   Street |
| | Fort Lauderdale, FL 33316 |
| | City   State   ZIP Code |
| Contact phone | 954–204–0444      Email      matt@tuckerup.com |



# Electronically Certified Court Record

This is to certify that this is a true and correct copy of the original document, which may have redactions as required by law.

## DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Clerk of the Circuit Court & Comptroller, Palm Beach County |
| **Clerk of the Circuit Court:** | The Honorable Joseph Abruzzo |
| **Date Issued:** | 5/28/2024 10:00:24 AM |
| **Unique Reference Number:** | CAA-FBH-BCAJJ-CBDDCBDAA-JBDBIJ-A |
| **Case Number:** | 502018CA008258XXXXMB |
| **Case Docket:** | FINAL JUDGMENT BOOK 35027 PAGE 776-777 |
| **Requesting Party Code:** | 517 |

## CERTIFICATION

Pursuant to Sections 90.955(1) and 90.902(1), Florida Statutes, and Federal Rules of Evidence 901(a), 901(b)(7), and 902(1), the attached document is electronically certified by The Honorable Joseph Abruzzo, Clerk of the Circuit Court & Comptroller, Palm Beach County, to be a true and correct copy of an official record or document authorized by law to be recorded or filed and actually recorded or filed in the office of the Clerk of the Circuit Court & Comptroller, Palm Beach County. The document may have redactions as required by law.

## HOW TO VERIFY THIS DOCUMENT

This electronically certified document contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and tamper-evident seal validating this document as a true and accurate copy of the original recorded. To view the tamper-evident seal and verify the certifier's digital signature, open this document with Adobe Reader software. Instructions for verifying this instrument are available for customers in the USA and Canada and for customers in other countries.

**The web address shown above contains an embedded link to the verification page for this particular document.



Unique Code : CAA-FBH-BCAJJ-CBDDCBDAA-JBDBIJ-A  Page 1 of 2

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT, IN AND FOR
PALM BEACH COUNTY, FLORIDA

FRANK DANIELS,                                  GENERAL JURISDICTION DIVISION

     Plaintiff,                                  CASE NO.: 50-2018-CA-008258-XXXX-
MB

v.

ALL SEASONS JOY, LLC, *et al.*,

     Defendants.

_____/

## FINAL JUDGMENT

**PURSUANT TO** the Verdict entered on February 29, 2024, it is:

**ORDERED AND ADJUGED** that:

1.     Plaintiff, FRANK DANIELS, located at 757 W 5th Street Riviera Beach, FL 33404, shall have and recover from Defendants, ALL SEASONS JOY, LLC and HILL TOP MISSIONARY BAPTIST CHURCH, INC., the total sum of **Three Million Six Thousand Five Hundred Seventy-Six Dollars and Ten Cents ($3,006,576.10)**, which reflects for the award of actual damages o f **Three Million Ninety-Four Thousand Four Hundred Thirty-Six Dollars and Thirty-Seven Cents ($3,094,436.37)**, minus a set off in the amount of **Ninety-Five Thousand Dollars and Zero Cents ($95,000.00)**, plus **Seven Thousand One Hundred Thirty-Nine Dollars and Seventy-Three Cents ($7,139.73)** for an award of taxable costs in this cause as the prevailing party, that shall bear the statutory rate of interest from the date of this judgment, and for which let execution issue.

2.     Defendants ALL SEASONS JOY, LLC and HILL TOP MISSIONARY BAPTIST CHURCH, INC. shall complete the Fact Information Sheet within forty-five (45) days of this Final Judgment.  Plaintiff shall serve upon the Defendants the Fact Information Sheet within five (5) days of the entry of judgment.  The requirement to complete a fact information sheet shall be stayed in the event the Defendants appeal and post a supersedeas bond by posting a good and sufficient bond, under Rule 9.310, equal to the principal amount of the judgment plus

twice the statutory rate of interest on judgments on the total amount on which the party has an obligation to pay interest.

3. This Court reserves jurisdiction to address matters related to execution, discovery in aid of execution, enforcement, collection, and entitlement to, amount of, and matters related to the discovery and collection thereof, or to make any such orders as be necessary to enforce any of this Court's Judgment.

**DONE AND ORDERED** in open court in West Palm Beach County, Florida.

50-2018-CA-008258-XXXX-MB 05/14/2024
James Sherman Judge

50-2018-CA-008258-XXXX-MB 05/14/2024
James Sherman
Judge

_____
Honorable James Sherman
CIRCUIT COURT JUDGE

Confirmed copies furnished to:
Michael D. Brown, Esquire
Matthew Sean Tucker, Esquire
Jennifer Carroll, Esquire

Joseph Abruzzo
Clerk of the Circuit Court & Comptroller
Palm Beach County
200 W. Atlantic Ave.
Delray Beach, Florida 33444
South County
(561) 274-1588
Date: 6/10/2024  11:55:12AM
Receipt: 7792939

1 - JUD C
  CFN: 20240200192 BK/PG: 35073 / 1248--1249
  RECORDING FEE  # PGS 2                $18.50
         SUB TOTAL                      $18.50


TOTAL AMOUNT DUE:                       $18.50


     PAID CHECK                  $18.50
     CHECK #: ███

     PAYOR NAME: TUCKER LAW PA

TOTAL PAID:                             $18.50
RECORDED BY: viapalucci
DEPUTY CLERK
*Take our customer service survey:*
www.mypalmbeachclerk.com/survey
*View your recorded documents at:*
www.mypalmbeachclerk.com/officialrecords

CFN 20240200192
OR BK 35073 PG 1248
RECORDED 6/10/2024 11:55 AM
Palm Beach County, Florida
Joseph Abruzzo, Clerk
Pgs: 1248 - 1249; (2pgs)

Filing # 198293852 E-Filed 05/14/2024 03:24:06 PM

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA

FRANK DANIELS,

        Plaintiff,

v.

ALL SEASONS JOY, LLC, *et al.*,

        Defendants.

_____/

GENERAL JURISDICTION DIVISION

CASE NO.: 50-2018-CA-008258-XXXX-MB

## FINAL JUDGMENT

**PURSUANT TO** the Verdict entered on February 29, 2024, it is:

**ORDERED AND ADJUGED** that:

1.      Plaintiff, FRANK DANIELS, located at 757 W 5th Street Riviera Beach, FL 33404, shall have and recover from Defendants, ALL SEASONS JOY, LLC and HILL TOP MISSIONARY BAPTIST CHURCH, INC., the total sum of **Three Million Six Thousand Five Hundred Seventy-Six Dollars and Ten Cents ($3,006,576.10)**, which reflects for the award of actual damages of **Three Million Ninety-Four Thousand Four Hundred Thirty-Six Dollars and Thirty-Seven Cents ($3,094,436.37)**, minus a set off in the amount of **Ninety-Five Thousand Dollars and Zero Cents ($95,000.00)**, plus **Seven Thousand One Hundred Thirty-Nine Dollars and Seventy-Three Cents ($7,139.73)** for an award of taxable costs in this cause as the prevailing party, that shall bear the statutory rate of interest from the date of this judgment, and for which let execution issue.

2.      Defendants ALL SEASONS JOY, LLC and HILL TOP MISSIONARY BAPTIST CHURCH, INC. shall complete the Fact Information Sheet within forty-five (45) days of this Final Judgment. Plaintiff shall serve upon the Defendants the Fact Information Sheet within five (5) days of the entry of judgment. The requirement to complete a fact information sheet shall be stayed in the event the Defendants appeal and post a supersedeas bond by posting a good and sufficient bond, under Rule 9.310, equal to the principal amount of the judgment plus

Page 1 of 2

I HEREBY CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF A DOCUMENT THAT WAS FILED AS A COURT RECORD WITH THE CLERK OF THE CIRCUIT COURT & COMPTROLLER, PALM BEACH COUNTY.

VISIT https://appsgp.mypalmbeachclerk.com/Services/EcertifyService/Helper/VerifyImage.html TO VALIDATE THIS DOCUMENT



Digitally signed by The Honorable Joseph Abruzzo
Date: 2024.05.28 10:01:09 -04:00
Clerk of the Circuit Court & Comptroller, Palm Beach County
Location: 205 N. Dixie Highway, West Palm Beach, FL 33401

Unique Code : CAA-FBH-BCAJJ-CBDDCBDAA-JBDBIJ-A Page 1 of 2

Unique Code : CAA-FBH-BCAJJ-CBDDCBDAA-JBDBIJ-A Page 2 of 2

Case No. 50-2018-CA-008258-XXXX-MB

twice the statutory rate of interest on judgments on the total amount on which the party has an obligation to pay interest.

3.        This Court reserves jurisdiction to address matters related to execution, discovery in aid of execution, enforcement, collection, and entitlement to, amount of, and matters related to the discovery and collection thereof, or to make any such orders as be necessary to enforce any of this Court's Judgment.

**DONE AND ORDERED** in open court in West Palm Beach County, Florida.

50-2018-CA-008258-XXXX-MB     05/14/2024
James Sherman
Judge

Honorable James Sherman
CIRCUIT COURT JUDGE

Confirmed copies furnished to:
Michael D. Brown, Esquire
Matthew Sean Tucker, Esquire
Jennifer Carroll, Esquire

# *Judgment Lien Certificate*

I certify the attached is a true and correct copy of the JUDGMENT LIEN CERTIFICATE, filed on June 14, 2024 reflecting HILL TOP MISSIONARY BAPTIST CHURCH, INC., and ALL SEASONS JOY, LLC as the judgment debtor(s), as shown by the records of this office.

The document number of this lien is J24000369395.

Authentication Code: 240614091653#1J24000369395

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capital, this the
Fourteenth day of June, 2024



Cord Byrd
Secretary of State

# ELECTRONIC JUDGMENT LIEN CERTIFICATE

FOR PURPOSES OF FILING A JUDGMENT LIEN, THE FOLLOWING INFORMATION IS SUBMITTED IN ACCORDANCE WITH s. 55.203, F.S..

## JUDGMENT DEBTOR (DEFENDANT) NAME(S) AS SHOWN ON JUDGMENT LIEN:

HILL TOP MISSIONARY BAPTIST CHURCH, INC.
1273 WEST 30TH STREET
RIVIERA BEACH, FL. 33404
FEI#: 59--241137      DOS DOCUMENT#: 712253

ALL SEASONS JOY, LLC
1441 W 30TH ST
RIVIERA BEACH, FL. 33404
FEI#: 20--397164      DOS DOCUMENT#: L05000066821

**J24000369395**
**FILED**
**Jun 14, 2024 08:00 A.M.**
**Secretary of State**

## JUDGMENT CREDITOR (PLAINTIFF) NAME AS SHOWN ON JUDGMENT LIEN OR CURRENT OWNER OF JUDGMENT IF ASSIGNED:

FRANK DANIELS
757 W 5TH STREET
RIVIER BEACH, FL 33404
DOS DOCUMENT#: N/A

NAME AND ADDRESS TO WHOM ACKNOWLEDGMENT/CERTIFICATION IS TO BE MAILED:

MATTHEW SEAN TUCKER
MATT@TUCKERUP.COM

---

AMOUNT DUE ON MONEY JUDGMENT: 3,006,576.10
APPLICABLE INTEREST RATE: 9.34%
NAME OF COURT: 15TH JUDICIAL CIRCUIT
CASE NUMBER: 50-2018-CA-008258-XXXX-MB
DATE OF ENTRY: 05/13/24
WAS A WRIT OF EXECUTION DOCKETED ON THIS JUDGMENT LIEN WITH ANY SHERIFF PRIOR TO OCTOBER 1, 2001?
   ( ) YES  (IF YES, A "CREDITOR AFFIDAVIT CERTIFICATION" FORM MUST BE ATTACHED TO THIS CERTIFICATE.)
   (X) NO

---

**UNDER PENALTY OF PERJURY, I hereby certify that: (1)  The judgment above described has become final and there is no stay of the judgment or its enforcement in effect; (2)  All of the information set forth above is true, correct, current and complete; (3)  I have not previously filed a Judgment Lien Certificate regarding the above judgment with the Department of State; and, (4)  I have complied with all applicable laws in submitting this Electronic Judgment Lien Certificate for filing.**

Electronic Signature of Creditor or Authorized Representative: MATTHEW SEAN TUCKER

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## WEST PALM DIVISION

In re:
ALL SEASONS JOY, LLC,

       Debtor.

CASE NO. 26-12879-EPK
Chapter 11

## BALANCE SHEET CALCULATION
## FOR CREDITOR FRANK DANIELS

**Balance Calculation as of Bankruptcy Petition Date**

**Creditor:** Frank Daniels
**Debtor:** All Seasons Joy, LLC
**State court case:** 50-2018-CA-008258-XXXX-MB
**Judgment date:** 05/14/2024
**Bankruptcy petition date:** 03/09/2026

**This claim is based on a judgment, and here is the balance as of the bankruptcy petition date.**

## 1. Judgment Amount

| Description | Amount |
|---|---|
| **Judgment Principal, including Taxable Costs** | $3,006,576.10 |

## 2. Post-Judgment Interest Calculation

The following table reflects **post-judgment interest only**, calculated pursuant to § 55.03, Florida Statutes, from the date of judgment through the bankruptcy petition date.

| Interest Period | Annual Interest Rate | Daily Rate (Decimal) | Number of Days | Interest Accrued |
|---|---|---|---|---|
| May 14, 2024 – Dec. 31, 2024 | 9.34% | 0.000255191 | 232 | $178,002.27 |

**Page 1 of 3**

| Interest Period | Annual Interest Rate | Daily Rate (Decimal) | Number of Days | Interest Accrued |
|---|---|---|---|---|
| Jan. 1, 2025 – Dec. 31, 2025 | 9.38% | 0.000256986 | 365 | $282,016.51 |
| Jan. 1, 2026 – Mar. 9, 2026 | 8.44% | 0.000231233 | 68 | $47,274.93 |
| Total Post-Judgment Interest | | | 665 | $507,293.71 |

### 3. Total Claim as of Petition Date

| Description | Amount |
|---|---|
| Judgment Principal, including Taxable Costs | $3,006,576.10 |
| Total Post-Judgment Interest | $507,293.71 |
| Subtotal | $3,513,869.81 |
| Less Payments / Credits / Collections Received | ($0.00) |
| **Total Claim as of Petition Date** | **$3,513,869.81** |

The claim is based on a final judgment. Because the judgment is immediately due and owing, Claimant identifies the amount necessary to cure the default as the judgment balance as of the bankruptcy petition date: **$3,513,869.81**. This amount is the same amount stated as the total claim on Line 7 and is not a separate or additional amount. Claimant does not waive, reduce, satisfy, release, or impair any portion of the judgment claim or judgment lien.

Claimant asserts a secured claim based on a Final Judgment entered on May 14, 2024 in Palm Beach County, Case No. 50-2018-CA-008258-XXXX-MB. The judgment lien was perfected by recording with Palm Beach County on June 10, 2024 and with the Secretary of State on June 14, 2024*. **The lien encumbers the below listed properties.***

| Property | Parcel Control No. |
|---|---|
| 340 W. 19th Street, Riviera Beach, FL | 56-43-42-28-25-011-0210 |
| 1306 W. 23rd Street, Riviera Beach, FL | 56-43-42-29-13-017-0370 |
| 1350 W. 29th Street, Riviera Beach, FL | 56-43-42-29-03-017-0370 |
| 1424 W. 34th Street, Riviera Beach, FL | 56-43-42-29-03-007-0430 |
| 1472 W. 34th Street #1, Riviera Beach, FL | 56-43-42-29-03-007-0320 |

**Page 3 of 3**



ADJUST FONT SIZE:  **+**  **—**    Reset

📞 Call Us      🚶 Visit Us      ✉ Questions & Comments

|  | Real Property Search | Tangible Property Search | Search |

⊖ **CLOSE TABS**      ⊜ **2025 PROPOSED NOTICE**      🖨 Print ▾

# PROPERTY DETAIL

| | |
|---|---|
| **LOCATION ADDRESS** | 340 W 19TH ST |
| **MUNICIPALITY** | RIVIERA BEACH |
| **PARCEL CONTROL NUMBER** | 56-43-42-28-25-011-0210 |
| **SUBDIVISION** | PARK MANOR PL 1 IN PB 26 PGS 72 TO 75 INC |
| **OFFICIAL RECORDS BOOK/ PAGE** | 19076 / 1527 |
| **SALE DATE** | 07/05/2005 |
| **LEGAL DESCRIPTION** | PARK MANOR PL 1 LT 21 BLK 11 |



Show Full Map          Nearby Sales Search

## OWNER INFORMATION                                                                —

| **OWNER(S)** | **MAILING ADDRESS** | |
|---|---|---|
| ALL SEASONS JOY LLC | 1441 W 30TH ST RIVIERA BEACH FL 33404 3535 | **Change of Mailing Address** |

## SALES INFORMATION                                                                —

| SALES DATE | PRICE | OR BOOK/PAGE | SALE TYPE | OWNER |
|---|---|---|---|---|
| 07/05/2005 | $10 | **19076 / 01527** | QUIT CLAIM | ALL SEASONS JOY LLC |
| 12/31/1997 | $27,000 | **10261 / 00819** | WARRANTY DEED | DAVIS GRIFFIN & HUGHETTA |

**NOTE: Sales do not generally appear in the PAPA database until approximately 1 to 3 weeks after the closing date. If a recent sale does not show up in this list, please allow more time for the sale record to be processed.**

## EXEMPTION INFORMATION                                                            —

**No Exemption Information Available.**

**Exemption E File**

## PROPERTY INFORMATION                                                             —

## Building 1

### SUBAREA AND SQUARE FOOTAGE FOR BUILDING 1

| CODE DESCRIPTION | SQUARE FOOTAGE |
|---|---|
| BAS Base Area | 995 |
| UOP Unfinished Open Porch | 45 |
| SFB Semi Finished Base Area | 228 |
| FST Finished Storage | 108 |
| FCP Finished Carport | 240 |
| **Total Square Footage** | 1616 |
| **Area Under Air** | 1223 |

| | |
|---|---|
| Number of Units | 1 |
| Total Square Feet* | 1616 |
| Acres🛈 | .18 |
| Property Use Code | 0100—SINGLE FAMILY |
| Zoning | RS-6—SINGLE FAMILY DWELLING (RS-6) (56-RIVIERA BEACH) |

**Request Structural Details Change**

*May indicate living area in residential properties.

### STRUCTURAL ELEMENT FOR BUILDING 1



| | |
|---|---|
| Bldg Type | SFR |
| Exterior Wall 1 | MSY: CB STUCCO |
| Year Built | 1961 |
| Air Condition Desc. | HTG & AC |
| Heat Type | FORCED AIR DUCT |
| Heat Fuel | NONE |
| Bed Rooms | 3 |
| Full Baths | 2 |
| Half Baths | 0 |
| Exterior Wall 2 | NONE |
| Roof Structure | GABLE/HIP |
| Roof Cover | ASPHALT/ COMPOSITION |
| Interior Wall 1 | PLASTER |
| Interior Wall 2 | N/A |
| Floor Type 1 | TERAZZO MONOLITHIC |
| Floor Type 2 | N/A |
| Stories | 1 |

**Print Building 1 Details**

### SKETCH FOR BUILDING 1



**Print Building 1 Sketch**

### PROPERTY EXTRA FEATURES

**No Extra Feature Available**

### PROPERTY LAND DETAILS

| LAND LINE # | DESCRIPTION | ZONING | ACRES |
|---|---|---|---|
| 1 | SFR | RS-6 | 0.1768 |

## APPRAISALS

Show 5 Year | Show 10 Year | −

| TAX YEAR | 2025 | 2024 | 2023 | 2022 | 2021 |
|---|---|---|---|---|---|
| Improvement Value | $152,246 | $143,034 | $145,303 | $119,043 | $111,129 |
| Land Value | $95,000 | $90,280 | $74,000 | $67,260 | $32,200 |
| Total Market Value | $247,246 | $233,314 | $219,303 | $186,303 | $143,329 |

**All values are as of January 1st each year**

## ASSESSED & TAXABLE VALUES

Show 5 Year | Show 10 Year | −

| TAX YEAR | 2025 | 2024 | 2023 | 2022 | 2021 |
|---|---|---|---|---|---|
| Assessed Value | $134,790 | $122,536 | $111,396 | $101,269 | $92,063 |
| Exemption Amount | $0 | $0 | $0 | $0 | $0 |



| TAX YEAR | 2025 | 2024 | 2023 | 2022 | 2021 |
|---|---|---|---|---|---|
| Taxable Value | $134,790 | $122,536 | $111,396 | $101,269 | $92,063 |

## TAXES

Show 5 Year | Show 10 Year

| TAX YEAR | 2025 | 2024 | 2023 | 2022 | 2021 |
|---|---|---|---|---|---|
| AD VALOREM | $3,489 | $3,225 | $3,008 | $2,696 | $2,358 |
| NON AD VALOREM | $205 | $194 | $188 | $184 | $178 |
| TOTAL TAX | $3,694 | $3,419 | $3,196 | $2,880 | $2,536 |

**Property Tax Calculator**    **Portability Calculator**    **Property Tax Details**    **Tax Collector**

**BUYERS TAKE NOTE:** Taxes will change and often increase substantially when a property sells. The seller's exemption benefits will GO AWAY the year after they sell and this may result in higher taxes for a buyer. Please use the Property Tax Calculator to get a better annual tax estimate if you are purchasing this property.

**Home**

**Contact Us**

**Records Custodian**

This site is designed to work best for updated browsers like Microsoft Edge, Google Chrome, Mozilla Firefox and Apple Safari. For additional assistance, visit Navigate PAPA, or contact us.

**DISCLAIMER**

The information contained herein is for ad valorem tax assessment purposes only. The Property Appraiser exercises strict auditing procedures to ensure validity of any transaction received and posted by this office, but cannot be responsible for errors or omissions in the information received from external sources. Due to the elapsed time between transactions in the marketplace, and the time that those transactions are received from the public and/or other jurisdictions, some transactions will not be reflected. Information collected at this site, including email addresses, becomes public record and may be subject to inspection and copy by the public unless prohibited by exception or exemption in the law.

**ADA ACCESS**

The Palm Beach County Property Appraiser's Office is committed to compliance with the Americans with Disabilities Act (ADA) and WCAG 2.0 and WCAG 2.1. It does not discriminate on the basis of disability in the admission or access to, or treatment or employment in, its services, programs or activities. Upon request, reasonable accommodation will be made to allow individuals with disabilities access to the communications regarding our services, programs or activities set forth on the Palm Beach County Property Appraiser's Office website. Please contact our public records custodian at 561.355.2881 or e-mail your request to pa-pubsvc@pbcpao.gov.

© 2023 Palm Beach County Property Appraiser. Designed by Green Group Studio, maintained by Palm Beach County, Information Systems Services.

Case 26-12879-EPK   Doc 80-1   Filed 04/20/26   Page 18 of 29



CLOSE TABS   2025 PROPOSED NOTICE   Print ▾

# PROPERTY DETAIL

| | |
|---|---|
| **LOCATION ADDRESS** | 1306 W 23RD ST |
| **MUNICIPALITY** | RIVIERA BEACH |
| **PARCEL CONTROL NUMBER** | 56-43-42-29-13-017-0370 |
| **SUBDIVISION** | MONROE HEIGHTS IN |
| **OFFICIAL RECORDS BOOK/PAGE** | 19076 / 1555 |
| **SALE DATE** | 07/05/2005 |
| **LEGAL DESCRIPTION** | MONROE HEIGHTS LTS 37 & 38 BLK 17 |



Show Full Map    Nearby Sales Search

## OWNER INFORMATION  −

| OWNER(S) | MAILING ADDRESS | |
|---|---|---|
| ALL SEASONS JOY LLC | 1441 W 30TH ST<br>RIVIERA BEACH FL 33404 3535 | **Change of Mailing Address** |

## SALES INFORMATION  −

| SALES DATE | PRICE | OR BOOK/PAGE | SALE TYPE | OWNER |
|---|---|---|---|---|
| 07/05/2005 | $10 | **19076 / 01555** | QUIT CLAIM | ALL SEASONS JOY LLC |
| 12/01/1996 | $50,000 | **09585 / 01336** | WARRANTY DEED | |
| 11/01/1990 | $100 | **06653 / 00150** | QUIT CLAIM | |
| 04/01/1987 | $100 | **05252 / 00673** | QUIT CLAIM | |
| 03/01/1986 | $100 | **04844 / 00698** | WARRANTY DEED | |
| 01/01/1978 | $1,500 | **02968 / 00946** | | |

**NOTE: Sales do not generally appear in the PAPA database until approximately 1 to 3 weeks after the closing date. If a recent sale does not show up in this list, please allow more time for the sale record to be processed.**

## EXEMPTION INFORMATION  −

No Exemption Information Available.

Exemption E File

# PROPERTY INFORMATION —

## Building 1

### SUBAREA AND SQUARE FOOTAGE FOR BUILDING 1

| CODE DESCRIPTION | SQUARE FOOTAGE |
|---|---|
| BAS Base Area | 1183 |
| FOP Finished Open Porch | 77 |
| FCP Finished Carport | 210 |
| **Total Square Footage** | 1470 |
| **Area Under Air** | 1183 |

| | |
|---|---|
| Number of Units | 1 |
| Total Square Feet* | 1470 |
| Acres  | .11 |
| Property Use Code | 0100—SINGLE FAMILY |
| Zoning | RS-8—SINGLE FAMILY DWELLING (RS-8) (56-RIVIERA BEACH) |

**Request Structural Details Change**

*May indicate living area in residential properties.

### STRUCTURAL ELEMENT FOR BUILDING 1

| | |
|---|---|
| Bldg Type | SFR |
| Exterior Wall 1 | MSY: CB STUCCO |
| Year Built | 1986 |
| Air Condition Desc. | HTG & AC |
| Heat Type | FORCED AIR DUCT |
| Heat Fuel | ELECTRIC |
| Bed Rooms | 3 |
| Full Baths | 2 |
| Half Baths | 0 |
| Exterior Wall 2 | NONE |
| Roof Structure | GABLE/HIP |
| Roof Cover | ASPHALT/ COMPOSITION |
| Interior Wall 1 | DRYWALL |
| Interior Wall 2 | N/A |
| Floor Type 1 | CARPETING |
| Floor Type 2 | N/A |
| Stories | 1 |

**Print Building 1 Details**

### SKETCH FOR BUILDING 1

**Print Building 1 Sketch**

## PROPERTY EXTRA FEATURES

**No Extra Feature Available**

## PROPERTY LAND DETAILS

| LAND LINE # | DESCRIPTION | ZONING | ACRES |
|---|---|---|---|
| 1 | SFR | RS-8 | 0.1104 |

## APPRAISALS   Show 5 Year   Show 10 Year   —

| TAX YEAR | 2025 | 2024 | 2023 | 2022 | 2021 |
|---|---|---|---|---|---|
| Improvement Value | $128,472 | $126,081 | $126,081 | $114,092 | $92,268 |
| Land Value | $78,025 | $66,000 | $39,360 | $29,820 | $12,800 |
| Total Market Value | $206,497 | $192,081 | $165,441 | $143,912 | $105,068 |

**All values are as of January 1st each year**

## ASSESSED & TAXABLE VALUES   Show 5 Year   Show 10 Year   —

| TAX YEAR | 2025 | 2024 | 2023 | 2022 | 2021 |
|---|---|---|---|---|---|
| Assessed Value | $111,405 | $101,277 | $92,070 | $83,700 | $76,091 |
| Exemption Amount | $0 | $0 | $0 | $0 | $0 |
| Taxable Value | $111,405 | $101,277 | $92,070 | $83,700 | $76,091 |



**BUYERS TAKE NOTE:** Taxes will change and often increase substantially when a property sells. The seller's exemption benefits will GO AWAY the year after they sell and this may result in higher taxes for a buyer. Please use the Property Tax Calculator to get a better annual tax estimate if you are purchasing this property.

🏠 **Home**

💬 **Contact Us**

📄 **Records Custodian**

This site is designed to work best for updated browsers like Microsoft Edge, Google Chrome, Mozilla Firefox and Apple Safari. For additional assistance, visit Navigate PAPA, or contact us.

**DISCLAIMER**

The information contained herein is for ad valorem tax assessment purposes only. The Property Appraiser exercises strict auditing procedures to ensure validity of any transaction received and posted by this office, but cannot be responsible for errors or omissions in the information received from external sources. Due to the elapsed time between transactions in the marketplace, and the time that those transactions are received from the public and/or other jurisdictions, some transactions will not be reflected. Information collected at this site, including email addresses, becomes public record and may be subject to inspection and copy by the public unless prohibited by exception or exemption in the law.

**ADA ACCESS**

The Palm Beach County Property Appraiser's Office is committed to compliance with the Americans with Disabilities Act (ADA) and WCAG 2.0 and WCAG 2.1. It does not discriminate on the basis of disability in the admission or access to, or treatment or employment in, its services, programs or activities. Upon request, reasonable accommodation will be made to allow individuals with disabilities access to the communications regarding our services, programs or activities set forth on the Palm Beach County Property Appraiser's Office website. Please contact our public records custodian at 561.355.2881 or e-mail your request to pa-pubsvc@pbcpao.gov.

© 2023 Palm Beach County Property Appraiser. Designed by Green Group Studio, maintained by Palm Beach County, Information Systems Services.



**Select Language** ▼

📞 Call Us      🚶 Visit Us      ✉ Questions & Comments

Search website  🔍

---

**DOROTHY JACKS**
CFA, AAS
Palm Beach County Property Appraiser

---

Search by Owner Name (Last Name first), Address, or PCN     **Real Property Search**  |  **Tangible Property Search**     **Search**

---

⊖ **CLOSE TABS**       **2025 PROPOSED NOTICE**       🖶 Print ▾

# PROPERTY DETAIL

| | |
|---|---|
| **LOCATION ADDRESS** | 1350 W 29TH ST |
| **MUNICIPALITY** | RIVIERA BEACH |
| **PARCEL CONTROL NUMBER** | 56-43-42-29-03-017-0370 |
| **SUBDIVISION** | ACREHOME PARK SECOND ADD IN |
| **OFFICIAL RECORDS BOOK/ PAGE** | 19076 / 1557 |
| **SALE DATE** | 07/05/2005 |
| **LEGAL DESCRIPTION** | ACREHOME PARK 2ND ADD LTS 37 & 38 BLK 17 |

**Show Full Map**     **Nearby Sales Search**



## OWNER INFORMATION                                                                                      —

| **OWNER(S)** | **MAILING ADDRESS** | |
|---|---|---|
| ALL SEASONS JOY LLC | 1441 W 30TH ST RIVIERA BEACH FL 33404 3535 | **Change of Mailing Address** |

## SALES INFORMATION                                                                                      —

| SALES DATE | PRICE | OR BOOK/PAGE | SALE TYPE | OWNER |
|---|---|---|---|---|
| 07/05/2005 | $10 | **19076 / 01557** | QUIT CLAIM | ALL SEASONS JOY LLC |
| 05/20/1998 | $32,000 | **10436 / 00210** | WARRANTY DEED | DAVIS GRIFFIN & HUGHETTA |
| 01/27/1998 | $100 | **10198 / 01047** | CERT OF TITLE | AMMES CAPITAL CORP |
| 10/01/1993 | $28,900 | **07970 / 00426** | WARRANTY DEED | |
| 09/01/1991 | $100 | **06949 / 01745** | CERT OF TITLE | |
| 12/01/1982 | $5,500 | **03838 / 00917** | WARRANTY DEED | |

**NOTE: Sales do not generally appear in the PAPA database until approximately 1 to 3 weeks after the closing date. If a recent sale does not show up in this list, please allow more time for the sale record to be processed.**

## EXEMPTION INFORMATION                                                                                  —

No Exemption Information Available.

**Exemption E File**

# PROPERTY INFORMATION −

## Building 1

### SUBAREA AND SQUARE FOOTAGE FOR BUILDING 1

| CODE DESCRIPTION | SQUARE FOOTAGE |
|---|---|
| UOP Unfinished Open Porch | 24 |
| BAS Base Area | 1148 |
| **Total Square Footage** | 1172 |
| **Area Under Air** | 1148 |

| | |
|---|---|
| Number of Units | 1 |
| Total Square Feet* | 1172 |
| Acres ⓘ | .13 |
| Property Use Code | 0100—SINGLE FAMILY |
| Zoning | RS-8—SINGLE FAMILY DWELLING (RS-8) (56-RIVIERA BEACH) |

**Request Structural Details Change**

*May indicate living area in residential properties.

### STRUCTURAL ELEMENT FOR BUILDING 1

| | |
|---|---|
| Bldg Type | SFR |
| Exterior Wall 1 | MSY: CB STUCCO |
| Year Built | 1931 |
| Air Condition Desc. | HTG & AC |
| Heat Type | FORCED AIR DUCT |
| Heat Fuel | NONE |
| Bed Rooms | 4 |
| Full Baths | 2 |
| Half Baths | 0 |
| Exterior Wall 2 | NONE |
| Roof Structure | GABLE/HIP |
| Roof Cover | ASPHALT/ COMPOSITION |
| Interior Wall 1 | DRYWALL |
| Interior Wall 2 | N/A |
| Floor Type 1 | CARPETING |
| Floor Type 2 | N/A |
| Stories | 1 |

**Print Building 1 Details**

### SKETCH FOR BUILDING 1



**Print Building 1 Sketch**

### PROPERTY EXTRA FEATURES

**No Extra Feature Available**

### PROPERTY LAND DETAILS

| LAND LINE # | DESCRIPTION | ZONING | ACRES |
|---|---|---|---|
| 1 | SFR | RS-8 | 0.1345 |

## APPRAISALS    Show 5 Year | Show 10 Year −

| TAX YEAR | 2025 | 2024 | 2023 | 2022 | 2021 |
|---|---|---|---|---|---|
| Improvement Value | $107,727 | $107,093 | $108,821 | $97,852 | $80,413 |
| Land Value | $80,648 | $66,000 | $39,600 | $33,600 | $14,400 |
| Total Market Value | $188,375 | $173,093 | $148,421 | $131,452 | $94,813 |

**All values are as of January 1st each year**

## ASSESSED & TAXABLE VALUES    Show 5 Year | Show 10 Year −

| TAX YEAR | 2025 | 2024 | 2023 | 2022 | 2021 |
|---|---|---|---|---|---|
| Assessed Value | $107,043 | $97,312 | $88,465 | $80,423 | $73,112 |
| Exemption Amount | $0 | $0 | $0 | $0 | $0 |
| Taxable Value | $107,043 | $97,312 | $88,465 | $80,423 | $73,112 |



| TAX YEAR | 2025 | 2024 | 2023 | 2022 | 2021 |
|---|---|---|---|---|---|
| AD VALOREM | $2,720 | $2,484 | $2,223 | $2,034 | $1,742 |
| NON AD VALOREM | $205 | $194 | $188 | $184 | $178 |
| TOTAL TAX | $2,925 | $2,678 | $2,411 | $2,218 | $1,920 |

**TAXES** — Show 5 Year | Show 10 Year

Property Tax Calculator | Portability Calculator | Property Tax Details | Tax Collector

**BUYERS TAKE NOTE:** Taxes will change and often increase substantially when a property sells. The seller's exemption benefits will GO AWAY the year after they sell and this may result in higher taxes for a buyer. Please use the Property Tax Calculator to get a better annual tax estimate if you are purchasing this property.

🏠 Home

💬 Contact Us

📄 Records Custodian

This site is designed to work best for updated browsers like Microsoft Edge, Google Chrome, Mozilla Firefox and Apple Safari. For additional assistance, visit Navigate PAPA, or contact us.

### DISCLAIMER

The information contained herein is for ad valorem tax assessment purposes only. The Property Appraiser exercises strict auditing procedures to ensure validity of any transaction received and posted by this office, but cannot be responsible for errors or omissions in the information received from external sources. Due to the elapsed time between transactions in the marketplace, and the time that those transactions are received from the public and/or other jurisdictions, some transactions will not be reflected. Information collected at this site, including email addresses, becomes public record and may be subject to inspection and copy by the public unless prohibited by exception or exemption in the law.

### ADA ACCESS

The Palm Beach County Property Appraiser's Office is committed to compliance with the Americans with Disabilities Act (ADA) and WCAG 2.0 and WCAG 2.1. It does not discriminate on the basis of disability in the admission or access to, or treatment or employment in, its services, programs or activities. Upon request, reasonable accommodation will be made to allow individuals with disabilities access to the communications regarding our services, programs or activities set forth on the Palm Beach County Property Appraiser's Office website. Please contact our public records custodian at 561.355.2881 or e-mail your request to pa-pubsvc@pbcpao.gov.

© 2023 Palm Beach County Property Appraiser. Designed by Green Group Studio, maintained by Palm Beach County, Information Systems Services.



ADJUST FONT SIZE: **+** **−**  Reset

**Select Language** ▼

📞 Call Us    🚶 Visit Us    ✉ Questions & Comments

Search website

---

Search by Owner Name (Last Name first), Address, or PCN

Real Property Search | Tangible Property Search | Search

---

**− CLOSE TABS**    **≡ 2025 PROPOSED NOTICE**    🖨 Print ▾

# PROPERTY DETAIL

| | |
|---|---|
| **LOCATION ADDRESS** | 1424 W 34TH ST |
| **MUNICIPALITY** | RIVIERA BEACH |
| **PARCEL CONTROL NUMBER** | 56-43-42-29-03-007-0430 |
| **SUBDIVISION** | ACREHOME PARK SECOND ADD IN |
| **OFFICIAL RECORDS BOOK/ PAGE** | 19076 / 1561 |
| **SALE DATE** | 07/05/2005 |
| **LEGAL DESCRIPTION** | ACREHOME PARK 2ND ADD LTS 43 & 44 BLK 7 |

Show Full Map | Nearby Sales Search



## OWNER INFORMATION −

| **OWNER(S)** | **MAILING ADDRESS** | |
|---|---|---|
| ALL SEASONS JOY LLC | 1441 W 30TH ST<br>RIVIERA BEACH FL 33404 3535 | **Change of Mailing Address** |

## SALES INFORMATION −

| SALES DATE | PRICE | OR BOOK/PAGE | SALE TYPE | OWNER |
|---|---|---|---|---|
| 07/05/2005 | $10 | **19076 / 01561** | QUIT CLAIM | ALL SEASONS JOY LLC |
| 12/01/1996 | $100 | **09556 / 00325** | WARRANTY DEED | |
| 12/01/1988 | $50,000 | **05911 / 01242** | WARRANTY DEED | |
| 12/01/1988 | $100 | **05889 / 00583** | CERT OF TITLE | |

**NOTE: Sales do not generally appear in the PAPA database until approximately 1 to 3 weeks after the closing date. If a recent sale does not show up in this list, please allow more time for the sale record to be processed.**

## EXEMPTION INFORMATION −

No Exemption Information Available.

**Exemption E File**

## PROPERTY INFORMATION  —

**Building 1**

### SUBAREA AND SQUARE FOOTAGE
### FOR BUILDING 1

| CODE DESCRIPTION | SQUARE FOOTAGE |
|---|---|
| FOP Finished Open Porch | 55 |
| BAS Base Area | 990 |
| **Total Square Footage** | 1045 |
| **Area Under Air** | 990 |

| | |
|---|---|
| Number of Units | 1 |
| Total Square Feet* | 1045 |
| Acres🛈 | .13 |
| Property Use Code | 0100—SINGLE FAMILY |
| Zoning | RS-8—SINGLE FAMILY DWELLING (RS-8) (56-RIVIERA BEACH) |

**Request Structural Details Change**

*May indicate living area in residential properties.

### STRUCTURAL ELEMENT
### FOR BUILDING 1

| | |
|---|---|
| Bldg Type | SFR |
| Exterior Wall 1 | WSF: CEMENT FIBER SIDING |
| Year Built | 1940 |
| Air Condition Desc. | NO HTG/AC |
| Heat Type | NONE |
| Heat Fuel | NONE |
| Bed Rooms | 2 |
| Full Baths | 2 |
| Half Baths | 0 |
| Exterior Wall 2 | WSF: STUCCO |
| Roof Structure | FLAT |
| Roof Cover | BUILT-UP TAR/GRAVEL |
| Interior Wall 1 | PLASTER |
| Interior Wall 2 | N/A |
| Floor Type 1 | CARPETING |
| Stories | 1 |

**Print Building 1 Details**

### SKETCH
### FOR BUILDING 1



**Print Building 1 Sketch**

### PROPERTY EXTRA FEATURES

**No Extra Feature Available**

### PROPERTY LAND DETAILS

| LAND LINE # | DESCRIPTION | ZONING | ACRES |
|---|---|---|---|
| 1 | SFR | RS-8 | 0.1273 |

## APPRAISALS    Show 5 Year | Show 10 Year  —

| TAX YEAR | 2025 | 2024 | 2023 | 2022 | 2021 |
|---|---|---|---|---|---|
| Improvement Value | $59,622 | $59,953 | $59,953 | $53,950 | $44,549 |
| Land Value | $79,868 | $66,000 | $39,600 | $33,600 | $14,400 |
| Total Market Value | $139,490 | $125,953 | $99,553 | $87,550 | $58,949 |

**All values are as of January 1st each year**

## ASSESSED & TAXABLE VALUES    Show 5 Year | Show 10 Year  —

| TAX YEAR | 2025 | 2024 | 2023 | 2022 | 2021 |
|---|---|---|---|---|---|
| Assessed Value | $67,128 | $61,025 | $55,477 | $50,434 | $45,849 |
| Exemption Amount | $0 | $0 | $0 | $0 | $0 |
| Taxable Value | $67,128 | $61,025 | $55,477 | $50,434 | $45,849 |

## TAXES    Show 5 Year | Show 10 Year  —

| TAX YEAR | 2025 | 2024 | 2023 | 2022 | 2021 |
|---|---|---|---|---|---|
| AD VALOREM | $1,841 | $1,668 | $1,436 | $1,309 | $1,089 |
| NON AD VALOREM | $205 | $194 | $188 | $184 | $178 |
| TOTAL TAX | $2,046 | $1,862 | $1,624 | $1,493 | $1,267 |

**Property Tax Calculator**   **Portability Calculator**   **Property Tax Details**   **Tax Collector**

**BUYERS TAKE NOTE:** **Taxes will change and often increase substantially when a property sells. The seller's exemption benefits will GO AWAY the year after they sell and this may result in higher taxes for a buyer. Please use the Property Tax Calculator to get a better annual tax estimate if you are purchasing this property.**

🏠 Home

💬 Contact Us

📄 Records Custodian

This site is designed to work best for updated browsers like Microsoft Edge, Google Chrome, Mozilla Firefox and Apple Safari. For additional assistance, visit Navigate PAPA, or contact us.

## DISCLAIMER

The information contained herein is for ad valorem tax assessment purposes only. The Property Appraiser exercises strict auditing procedures to ensure validity of any transaction received and posted by this office, but cannot be responsible for errors or omissions in the information received from external sources. Due to the elapsed time between transactions in the marketplace, and the time that those transactions are received from the public and/or other jurisdictions, some transactions will not be reflected. Information collected at this site, including email addresses, becomes public record and may be subject to inspection and copy by the public unless prohibited by exception or exemption in the law.

## ADA ACCESS

The Palm Beach County Property Appraiser's Office is committed to compliance with the Americans with Disabilities Act (ADA) and WCAG 2.0 and WCAG 2.1. It does not discriminate on the basis of disability in the admission or access to, or treatment or employment in, its services, programs or activities. Upon request, reasonable accommodation will be made to allow individuals with disabilities access to the communications regarding our services, programs or activities set forth on the Palm Beach County Property Appraiser's Office website. Please contact our public records custodian at 561.355.2881 or e-mail your request to pa-pubsvc@pbcpao.gov.

© 2023 Palm Beach County Property Appraiser. Designed by Green Group Studio, maintained by Palm Beach County, Information Systems Services.



ADJUST FONT SIZE: **+** **—** Reset

Select Language | ▼

Search website 🔍

Real Property Search | Tangible Property Search | Search

⊖ **CLOSE TABS**    ☰ **2025 PROPOSED NOTICE**    🖨 Print ▾

# PROPERTY DETAIL

| | |
|---|---|
| **LOCATION ADDRESS** | 1472 W 34TH ST 1 |
| **MUNICIPALITY** | RIVIERA BEACH |
| **PARCEL CONTROL NUMBER** | 56-43-42-29-03-007-0320 |
| **SUBDIVISION** | ACREHOME PARK SECOND ADD IN |
| **OFFICIAL RECORDS BOOK/ PAGE** | 19076 / 1565 |
| **SALE DATE** | 07/05/2005 |
| **LEGAL DESCRIPTION** | ACREHOME PARK 2ND ADD LTS 32 & 33 BLK 7 |

Show Full Map | Nearby Sales Search



## OWNER INFORMATION —

| **OWNER(S)** | **MAILING ADDRESS** | |
|---|---|---|
| ALL SEASONS JOY LLC | 1441 W 30TH ST RIVIERA BEACH FL 33404 3535 | **Change of Mailing Address** |

## SALES INFORMATION —

| SALES DATE | PRICE | OR BOOK/PAGE | SALE TYPE | OWNER |
|---|---|---|---|---|
| 07/05/2005 | $111,061 | **19076 / 01565** | QUIT CLAIM | ALL SEASONS JOY LLC |
| 03/08/2002 | $15,000 | **14982 / 00393** | WARRANTY DEED | DAVIS GRIFFIN SR & |
| 02/28/2001 | $10 | **12346 / 00136** | WARRANTY DEED | DAVIS GRIFFIN SR MINISTRIES INC |
| 08/01/1995 | $100 | **08892 / 00619** | LIFE ESTATE | |

**NOTE: Sales do not generally appear in the PAPA database until approximately 1 to 3 weeks after the closing date. If a recent sale does not show up in this list, please allow more time for the sale record to be processed.**

## EXEMPTION INFORMATION —

No Exemption Information Available.

**Exemption E File**

⬆

## PROPERTY INFORMATION         —

**Building 1**

### SUBAREA AND SQUARE FOOTAGE FOR BUILDING 1

| CODE DESCRIPTION | SQUARE FOOTAGE |
|---|---|
| FOP Finished Open Porch | 56 |
| UOP Unfinished Open Porch | 8 |
| UST Unfinished Storage | 189 |
| UST Unfinished Storage | 88 |
| FOP Finished Open Porch | 40 |
| FOP Finished Open Porch | 24 |
| SFB Semi Finished Base Area | 24 |
| FOP Finished Open Porch | 48 |
| FOP Finished Open Porch | 56 |
| FOP Finished Open Porch | 40 |
| BAS Base Area | 896 |
| BAS Base Area | 896 |
| **Total Square Footage** | 2365 |
| **Area Under Air** | 1816 |

| | |
|---|---|
| Number of Units | 3 |
| Total Square Feet* | 2365 |
| Acres ⓘ | .13 |
| Property Use Code | 0800—MULTIFAMILY < 5 UNITS |
| Zoning | RS-8—SINGLE FAMILY DWELLING (RS-8) (56-RIVIERA BEACH) |

**Request Structural Details Change**

*May indicate living area in residential properties.

### STRUCTURAL ELEMENT FOR BUILDING 1

| | |
|---|---|
| Bldg Type | TRIPLEX |
| Exterior Wall 1 | MSY: CB STUCCO |
| Year Built | 1956 |
| Air Condition Desc. | NO HTG/AC |
| Heat Type | NONE |
| Heat Fuel | NONE |
| Bed Rooms | 0 |
| Full Baths | 3 |
| Half Baths | 0 |
| Exterior Wall 2 | NONE |
| Roof Structure | FLAT |
| Roof Cover | BUILT-UP TAR/GRAVEL |
| Interior Wall 1 | PLASTER |
| Interior Wall 2 | N/A |
| Floor Type 1 | CORK OR VINYL TILE |
| Floor Type 2 | N/A |
| Stories | 2 |

**Print Building 1 Details**

### SKETCH FOR BUILDING 1



**Print Building 1 Sketch**

### PROPERTY EXTRA FEATURES

**No Extra Feature Available**

### PROPERTY LAND DETAILS

| LAND LINE # | DESCRIPTION | ZONING | ACRES |
|---|---|---|---|
| 1 | MULTI-FAMILY | RS-8 | 0.1277 |

## APPRAISALS

| TAX YEAR | 2025 | 2024 | 2023 | 2022 | 2021 |
|---|---|---|---|---|---|
| Improvement Value | $186,882 | $177,571 | $181,055 | $147,839 | $125,388 |
| Land Value | $79,905 | $69,000 | $44,100 | $35,700 | $19,200 |
| Total Market Value | $266,787 | $246,571 | $225,155 | $183,539 | $144,588 |

**All values are as of January 1st each year**

## ASSESSED & TAXABLE VALUES

| TAX YEAR | 2025 | 2024 | 2023 | 2022 | 2021 |
|---|---|---|---|---|---|
| Assessed Value | $132,107 | $120,097 | $109,179 | $99,254 | $90,231 |
| Exemption Amount | $0 | $0 | $0 | $0 | $0 |
| Taxable Value | $132,107 | $120,097 | $109,179 | $99,254 | $90,231 |

## TAXES

| TAX YEAR | 2025 | 2024 | 2023 | 2022 | 2021 |
|---|---|---|---|---|---|
| AD VALOREM | $3,574 | $3,274 | $3,014 | $2,649 | $2,339 |
| NON AD VALOREM | $342 | $321 | $309 | $300 | $288 |
| TOTAL TAX | $3,916 | $3,595 | $3,323 | $2,949 | $2,627 |

Property Tax Calculator    Portability Calculator    Property Tax Details    Tax Collector

**BUYERS TAKE NOTE:** Taxes will change and often increase substantially when a property sells. The seller's exemption benefits will GO AWAY the year after they sell and this may result in higher taxes for a buyer. Please use the Property Tax Calculator to get a better annual tax estimate if you are purchasing this property.



Home

Contact Us

Records Custodian

This site is designed to work best for updated browsers like Microsoft Edge, Google Chrome, Mozilla Firefox and Apple Safari. For additional assistance, visit Navigate PAPA, or contact us.

### DISCLAIMER

The information contained herein is for ad valorem tax assessment purposes only. The Property Appraiser exercises strict auditing procedures to ensure validity of any transaction received and posted by this office, but cannot be responsible for errors or omissions in the information received from external sources. Due to the elapsed time between transactions in the marketplace, and the time that those transactions are received from the public and/or other jurisdictions, some transactions will not be reflected. Information collected at this site, including email addresses, becomes public record and may be subject to inspection and copy by the public unless prohibited by exception or exemption in the law.

### ADA ACCESS

The Palm Beach County Property Appraiser's Office is committed to compliance with the Americans with Disabilities Act (ADA) and WCAG 2.0 and WCAG 2.1. It does not discriminate on the basis of disability in the admission or access to, or treatment or employment in, its services, programs or activities. Upon request, reasonable accommodation will be made to allow individuals with disabilities access to the communications regarding our services, programs or activities set forth on the Palm Beach County Property Appraiser's Office website. Please contact our public records custodian at 561.355.2881 or e-mail your request to pa-pubsvc@pbcpao.gov.

© 2023 Palm Beach County Property Appraiser. Designed by Green Group Studio, maintained by Palm Beach County, Information Systems Services.