UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flmb.uscourts.gov

In re:

All Seasons Joy, LLC,

Case No.: 26-12879-EPK
Chapter 11

Debtor.
_________________________________/

**SUPPLEMENTAL TO FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ATTORNEYS FOR THE DEBTOR**

Frank M. Wolff, Esq., and the law firm of Nardella & Nardella, PLLC (the "Applicant"), as counsel for All Seasons Joy, LLC ("Debtor"), and pursuant to Section 330 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 2016-1(B)(3), and further supplements their *Final Application for Compensation and Reimbursement of Expenses by Attorneys for the Debtor* (ECF No. 67) (the "Final Fee Application") and states:

1. On March 9, 2026, (the "Petition Date") the Debtor filed a voluntary petition in this Court for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). On March 10, 2026, Linda M. Leali, P.A. was appointed the Subchapter V trustee of the above estate.

2. On July 16, 2026, Debtor filed the *Debtor's Application to Employ Frank M. Wolff, Esq. and the Law Firm of Nardella & Nardella, PLLC as Debtor's Counsel Effective March 9, 2026* (ECF No. 72) (the "Application"). An order is currently pending with the Court.

3. On June 30, 2026, Applicant filed its Final Fee Application for the period of March 9, 2026 through June 28, 2026 (ECF No. 67).

4. From June 29, 2026 through July 31, 2026, Nardella & Nardella, PLLC has rendered 39.6 hours of legal services to the Debtor, for which the Applicant is requesting the sum of $18,462.40 as compensation with $251.20 in costs for a total of $18,713.70.

5. Attached hereto as **Exhibit A** is a table which sets forth the hourly rates for each professional or paraprofessional who has provided services in this case. Attached hereto as **Exhibit B** is a table which outlines the expenses and reimbursement. Attached to the original of this Application filed with the Court is **Exhibit C** which is invoices and detailed breakdown of the time entries for each professional that provided services during the Application Period.

6. The Applicant's legal services provided to the Debtor include, but are not limited to, the following:

a. Attendance at confirmation hearing and other necessary hearings.

b. Reviewing ballots and preparation of reports pursuant to this Court's order.

c. Preparation of the Confirmation Affidavit and Certificate of Plan Proponent.

d. Communications with attorneys for various creditors, the IRS, and counsel for the U.S. Trustee.

e. Communications with the Debtor.

f. Making distributions under the confirmed chapter 11 plan.

g. Preparation of application for final decree, and other matters necessary to close estate.

h. Preparing a supplemental fee application prior to confirmation.

WHEREFORE, the Applicant seeks (a) an order awarding to Nardella & Nardella, PLLC supplemental fees and costs in the total amount of $18,713.70 (b) an order directing the Debtor to pay the outstanding balance of the Supplemental Award forthwith; and (c) for such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY certify a copy of this application has been served on August 6, 2026 on all filing users through the CM/ECF filing system and via first class United States Mail, postage prepaid to all parties who are not CM/ECF users on the attached matrix.

## SERVICE LIST

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Linda Marie Leali
trustee@lealilaw.com,
F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net;nahomy@lealilaw.com;ecf.alert+LeaLi@titlexi.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Matthew Sean Tucker on behalf of Creditor Frank Daniels
matt@tuckerup.com

Frank M. Wolff, Esq on behalf of Debtor All Seasons Joy, LLC
fwolff@nardellalaw.com,
klynch@nardellalaw.com;msayne@nardellalaw.com;ibennett@nardellalaw.com

Dated: August 6, 2026

Respectfully submitted,

*/s/ Frank M. Wolff*

Frank M. Wolff, Esq.
Florida Bar No. 319521
**Nardella & Nardella, PLLC**
135 W. Central Blvd., Suite 300
Orlando, FL 32801
Telephone (407) 966-2680
Email: fwolff@nardellalaw.com
Secondary Email: klynch@nardellalaw.com

***COUNSEL FOR THE DEBTOR***

# EXHIBIT A

**SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL TIME**

| | NAME | RATE | TOTAL HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|
| | | | | |
| **ATTORNEYS** | FRANK M. WOLFF | $700.00 | 19.5 | $13,650.00 |
| | | | | |
| **PARAPROFES SIONALS** | KIMBERLY LYNCH | $250.00 | 15.1 | $3,775.00 |
| | KARON FOLEY | $250.00 | .7 | $175.00 |
| | MARGARET SAYNE | $225.00 | .8 | $180.00 |
| | JAMES LIES | $195.00 | 3.5 | $682.50 |
| | | **TOTAL** | **39.6** | **$18,46250** |

# EXHIBIT B

**SUMMARY OF EXPENSES AND DISBURSEMENTS**

| | ITEM | AMOUNT |
|---|---|---|
| 1. | Copying | $21.10 |
| 2. | Outside Printing | $173.74 |
| 3. | Postage | $56.36 |
| **TOTAL** | | **$251.20** |

# EXHIBIT C

## STATEMENTS PROVIDED FOR PAYMENT OF FEES

# INVOICE

NARDELLA

Invoice # 23745
Date: 08/05/2026

135 W. Central Blvd., Suite 300
Orlando, Florida 32801
United States

All Seasons Joy, LLC
1441 W 30th Street
Riviera Beach, FL 33404

## 28416-00002/All Seasons Joy, LLC-CH 11 Debtor (Post-Petition)

## CH 11 Debtor (Post-Petition)

### Services

| Date | Time Keeper | Description | Quantity |
|---|---|---|---|
| 06/29/2026 | KL | A103 Draft/revise B110 Case Administration: Preparing fee application | 2.80 |
| 06/29/2026 | KL | A103 Draft/revise B110 Case Administration: Preparing application to employ Nardella | 0.60 |
| 06/29/2026 | KL | A103 Draft/revise B110 Case Administration: Finalizing and filing May 2026 monthly operating report | 0.20 |
| 06/29/2026 | FW | A104 Review/analyze B110 Case Administration: Review and approve bill regarding professional services. | 0.10 |
| 06/29/2026 | FW | A105 Communicate (in firm) B110 Case Administration: Correspond with Kim Lynch and James Lies regarding invoice preparation and matter management for All Seasons Joy, LLC. | 0.10 |
| 06/29/2026 | FW | A102 Research B110 Case Administration: Research small business debtor designation requirements and Section 1020(b) of the Bankruptcy Code. | 0.30 |
| 06/29/2026 | FW | A102 Research B320 Plan and Disclosure Statement (including Business Plan): Research legal requirements and time limits regarding objections to Subchapter V eligibility for the Chapter 11 Debtor. | 0.10 |
| 06/29/2026 | FW | A103 Draft/revise B210 Business Operations: Draft correspondence regarding a request for a mortgage broker to assist with financing for rental properties and judgment settlement. | 0.20 |

| | | | |
|---|---|---|---|
| 06/29/2026 | FW | A106 Communicate (with client) B110 Case Administration: Participate in meeting with Griffin Davis regarding case status and matter management for All Seasons Joy, LLC. | 0.30 |
| 06/30/2026 | MS | A103 Draft/revise B160 Fee/Employment Applications: Revise final fee application of attorney for the debtor | 0.40 |
| 06/30/2026 | KL | A103 Draft/revise B160 Fee/Employment Applications: Revising and filing final application for compensation with court | 2.60 |
| 06/30/2026 | FW | A103 Draft/revise B160 Fee/Employment Applications: Review and revise the Fee Application regarding professional services rendered, expense reimbursement, and the chapter 11 plan solicitation status; and correspond with Kim Lynch regarding the draft for All Seasons Joy, LLC. | 0.40 |
| 07/01/2026 | KL | A105 Communicate (in firm) B110 Case Administration: Emailing admin regarding mailing of final application for compensation | 0.10 |
| 07/02/2026 | KL | A103 Draft/revise B110 Case Administration: Preparing notice of filing summary notice of fee applications and email to attorney for review | 0.80 |
| 07/02/2026 | FW | A107 Communicate (opponents/other outside counsel) B310 Claims Administration and Objections: Correspond with Matthew Sean Tucker regarding claim treatment on ballots and the Subchapter V election objection deadline; correspond with Delaun Davis regarding asset disposition strategy; and review the Notice of Hearing for the Motion for Relief from Stay for All Seasons Joy, LLC. | 0.60 |
| 07/06/2026 | KL | A106 Communicate (with client) B110 Case Administration: Phone call to Denzel regarding the signed engagement letter | 0.10 |
| 07/06/2026 | KL | A103 Draft/revise B110 Case Administration: Finalizing and filing notice of summarizing fee applications; process of service | 0.20 |
| 07/07/2026 | KL | A104 Review/analyze B110 Case Administration: Reviewing ballots and objection to chapter 11 Sub V plan | 0.10 |
| 07/07/2026 | FW | A106 Communicate (with client) B110 Case Administration: Participate in phone call with Griffin Davis | 0.10 |
| 07/07/2026 | FW | A102 Research B320 Plan and Disclosure Statement (including Business Plan): Research documentary stamp tax obligations regarding real estate sales under a confirmed Chapter 11 plan. | 0.20 |
| 07/07/2026 | FW | A106 Communicate (with client) B130 Asset Disposition: Draft and review correspondence with Delaun Davis regarding authority to negotiate sale of ASJ with Mr. Tucker. | 0.10 |
| 07/09/2026 | KL | A103 Draft/revise B110 Case Administration: Revising application to employ; affidavit and proposed order; email to attorney | 1.10 |
| 07/09/2026 | FW | A104 Review/analyze B130 Asset Disposition: Review correspondence from Matthew Sean Tucker regarding the structure of the property sale proposal and asset disposition for All Seasons Joy, LLC. | 0.30 |
| 07/13/2026 | FW | A104 Review/analyze B110 Case Administration: Review and analyze matter status and deadlines regarding motions under Fed.R.Civ.P. 43(a) for All Seasons Joy, LLC | 0.20 |

| | | | |
|---|---|---|---|
| 07/13/2026 | FW | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Review and analyze the Plan of Liquidation for All Seasons Joy, LLC regarding the definitions of the confirmation order and effective date, the treatment of Frank Daniels' judgment lien, and the procedures for ballot submission. | 0.90 |
| 07/13/2026 | FW | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan): Correspond with Linda Leali regarding the draft Plan of Liquidation and confirmation hearing schedule; and correspond with Matthew Sean Tucker regarding the Plan of Liquidation for All Seasons Joy, LLC. | 0.20 |
| 07/15/2026 | MS | A103 Draft/revise B160 Fee/Employment Applications: Revise fee application to reflect prepetition fees | 0.40 |
| 07/15/2026 | KL | A103 Draft/revise B110 Case Administration: Finalizing application to employ; emailing to client for signature | 0.20 |
| 07/15/2026 | FW | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan): Correspond with Matthew Sean Tucker regarding preparation for the confirmation hearing and review deadlines for the Proponent's Report and Confirmation Affidavit for All Seasons Joy, LLC. | 0.30 |
| 07/15/2026 | FW | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Review and analyze the Plan of Liquidation regarding the treatment of Frank Daniels' secured claim, asset valuations, and the distribution of sale proceeds for All Seasons Joy, LLC. | 0.70 |
| 07/16/2026 | KL | A103 Draft/revise B110 Case Administration: Collating and finalizing application to employ Nardella and plan of liquidation; file both with court | 1.10 |
| 07/16/2026 | FW | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Review and analyze case documentation and court filings regarding the best interest of creditors test for client; review the Application to Employ Counsel and Plan of Liquidation; and correspond with Kim Lynch regarding the filing of the plan. | 0.30 |
| 07/16/2026 | FW | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Review and analyze the Plan of Liquidation regarding provisions for the computation of time, dissolution of the client, and exculpation. | 0.30 |
| 07/16/2026 | FW | A104 Review/analyze B130 Asset Disposition: Review correspondence with Denzel Davis and Delaun Davis regarding the proposed plan for the sale of properties and the status of the agreement with Matthew Sean Tucker for All Seasons Joy, LLC. | 0.20 |
| 07/17/2026 | KL | A103 Draft/revise B110 Case Administration: Reviewing Renotice of hearing; preparing and filing certificate of service of notice of hearing and notice of rehearing; process of service | 0.60 |
| 07/17/2026 | FW | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Review and analyze the Memorandum in Support of Confirmation for client regarding the declarant designation and deadlines for the Proponent's Report and Confirmation Affidavit. | 0.40 |
| 07/17/2026 | FW | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Coordinate travel arrangements and book train tickets for confirmation hearing | 0.20 |

| | | | |
|---|---|---|---|
| 07/20/2026 | KL | A105 Communicate (in firm) B110 Case Administration: Conferring with attorney and paralegal regarding preparation of confirmation affidavit; ballot tabulation; motion for cramdown | 0.20 |
| 07/20/2026 | KL | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan): Revising confirmation affidavit and confirmation affidavit | 0.50 |
| 07/20/2026 | KL | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan): Conferring with attorney and client regarding phone call to go over confirmation memorandum and confirmation affidavit | 0.20 |
| 07/20/2026 | KF | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan): Prepare ballot tabulation | 0.70 |
| 07/20/2026 | KL | A106 Communicate (with client) B110 Case Administration: Zoom meeting with client and attorney regarding confirmation memorandum and confirmation affidavit | 0.60 |
| 07/20/2026 | KL | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan): finalizing and filing memorandum of law in support of confirmation; affidavit in support of confirmation with court; process of service | 0.80 |
| 07/20/2026 | KL | A103 Draft/revise B110 Case Administration: Revising and filing ballot tabulation with court | 0.20 |
| 07/20/2026 | KL | A106 Communicate (with client) B110 Case Administration: Emailing client regarding paying Sub V trustee fees | 0.20 |
| 07/20/2026 | FW | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan): Review and revise the Memorandum in Support of Confirmation, the Declaration of witness, and the Ballot Tabulation; analyze filing deadlines for the Proponent's Report and Confirmation Affidavit; and correspond with internal staff regarding document finalization for client. | 3.30 |
| 07/20/2026 | FW | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review travel confirmation and internal meeting schedule. | 0.30 |
| 07/20/2026 | FW | A105 Communicate (in firm) B110 Case Administration: Participate in internal meeting. | 0.70 |
| 07/21/2026 | KL | A106 Communicate (with client) B110 Case Administration: Emailing client regarding incorrect attachment; need bank statement | 0.10 |
| 07/21/2026 | KL | A106 Communicate (with client) B110 Case Administration: Phone call from client regarding payment to Sub V trustee; bank statement for monthly operating report; balance in bank today | 0.10 |
| 07/21/2026 | KL | A103 Draft/revise B110 Case Administration: Preparing monthly operating report | 0.40 |
| 07/21/2026 | KL | A103 Draft/revise B110 Case Administration: Revising and filing amended liquidation analysis with court | 0.40 |
| 07/21/2026 | JEL | A101 Plan and prepare for B110 Case Administration: Prepare hearing binder for Confirmation Hearing | 0.50 |
| 07/21/2026 | KL | A103 Draft/revise B110 Case Administration: completing; collating and filing June monthly operating report | 0.40 |

| | | | |
|---|---|---|---|
| 07/21/2026 | FW | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Review matter status and correspond with Kim Lynch regarding case management for client. | 0.30 |
| 07/21/2026 | FW | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Review and analyze creditor's objections to the Plan of Liquidation regarding claim classification, administrative claim timing, and solicitation; research 11 U.S.C. 1129(a)(7) regarding the best interests of creditors test; and review the Memorandum in Support of Confirmation and the Declaration of witness for the client. | 3.20 |
| 07/21/2026 | FW | A107 Communicate (other outside counsel) B110 Case Administration: Correspond with opposing counsel regarding case status. | 0.10 |
| 07/22/2026 | FW | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Review correspondence regarding the plan of liquidation terms, including administrative expense categories, cash accounting requirements, and the preservation of non-debtor rights for client. | 0.10 |
| 07/24/2026 | FW | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan): Draft Order Confirming Plan of Liquidation for client regarding broker selection, sale deadlines, and creditor rights; review testimony proffer from authorized representative; and incorporate revisions from opposing counsel. | 1.00 |
| 07/27/2026 | KL | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan): Revising order scheduling confirmation | 0.50 |
| 07/27/2026 | FW | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan): Review the amended chapter 11 subchapter V plan of liquidation and summary of fee application; and draft and revise the Order Confirming Plan of Liquidation and correspond with opposing counsel regarding language revisions for client. | 0.30 |
| 07/27/2026 | FW | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Review and analyze the Draft Confirmation Order for Plan of Liquidation regarding tax exemptions for property sales, broker compensation, and resolution of creditor objections for client; and review the Order Setting Subchapter V Status Conference. | 0.30 |
| 07/28/2026 | FW | A104 Review/analyze B160 Fee/Employment Applications: Review and analyze the Final Fee Application for client regarding Exhibit A timekeeper rates, hourly consistency, and professional fee ranges. | 0.20 |
| 07/28/2026 | FW | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Review and analyze the Order Confirming Plan of Liquidation regarding property sale deadlines, broker selection, and credit-bid rights for client; and correspond with client and opposing counsel regarding revisions to the draft order. | 0.20 |
| 07/28/2026 | FW | A104 Review/analyze B160 Fee/Employment Applications: Review and analyze the Final Fee Application and professional invoices for client regarding billing consistency and professional fee ranges. | 0.20 |
| 07/29/2026 | FW | A104 Review/analyze B160 Fee/Employment Applications: Review correspondence, fee application, and invoices regarding fee discrepancies and redactions. | 0.30 |
| 07/29/2026 | FW | A106 Communicate (with client) B320 Plan and Disclosure Statement | 0.10 |

| | | | |
|---|---|---|---|
| | | (including Business Plan): Correspond with client regarding the Confirmation Order. | |
| 07/30/2026 | JEL | A103 Draft/revise B160 Fee/Employment Applications: Draft Amended Final Fee Application for Compensation | 0.70 |
| 07/30/2026 | FW | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan): Review and revise the Order Confirming Plan of Liquidation for client regarding property sale timelines, broker selection criteria, credit-bid procedures, and the resolution of creditor objections. | 0.40 |
| 07/30/2026 | FW | A107 Communicate (other outside counsel) B320 Plan and Disclosure Statement (including Business Plan): Correspond with opposing counsel regarding the Draft Confirmation Order for client. | 0.10 |
| 07/30/2026 | FW | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan): Participate in Zoom meeting with client regarding case status and the Order Confirming Plan of Liquidation. | 0.50 |
| 07/30/2026 | JEL | A104 Review/analyze B160 Fee/Employment Applications: Further prepare Amended Final Fee Application | 1.70 |
| 07/30/2026 | FW | A107 Communicate (other outside counsel) B320 Plan and Disclosure Statement (including Business Plan): Correspond with opposing counsel regarding the Confirmation Order, property sale consent provisions, and contracting deadlines for client. | 0.10 |
| 07/31/2026 | JEL | A104 Review/analyze B160 Fee/Employment Applications: Draft Order Approving Application to Employ Nardella | 0.50 |
| 07/31/2026 | JEL | A105 Communicate (in firm) B160 Fee/Employment Applications: Confer with attorneys regarding Amended Final Fee Application and Order Granting Application to Employ | 0.10 |
| 07/31/2026 | FW | A107 Communicate (other outside counsel) B110 Case Administration: Review correspondence from opposing counsel regarding rebate reconciliation, document requests, and scheduling a conference for client. | 0.20 |
| 07/31/2026 | FW | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan): Correspond with client regarding the plan of liquidation and disclosure statement. | 0.20 |
| 07/31/2026 | FW | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan): Review and revise the Order Confirming Plan of Liquidation for client regarding non-debtor liability, property sale timelines, and broker selection; and correspond with client regarding draft revisions. | 0.30 |
| 07/31/2026 | FW | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan): Review and revise the Order Confirming Plan of Liquidation for client regarding property sale procedures, creditor consent requirements, and non-debtor liability; and correspond with client regarding draft revisions. | 0.60 |
| | | **Quantity Subtotal** | **39.6** |
| | | **Services Subtotal** | **$18,462.50** |

### Expenses

| Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|
| 07/01/2026 | E108 Postage: Summary of Fee Application for Compensation and Reimbursement of Fees by Attorneys for the Debtor | 14.00 | $2.44 | $34.16 |
| 07/01/2026 | E101 Copying: 14 envelopes<br>18 pages/envelope | 266.00 | $0.05 | $13.30 |
| 07/06/2026 | E102 Outside printing: CoS mailing 14 envelopes at 5oz rate (38.08) and 714 x.19 printing (135.65). | 1.00 | $173.74 | $173.74 |
| 07/17/2026 | E108 Postage: Notice of Hearing<br>Renotice of Hearing | 12.00 | $0.78 | $9.36 |
| 07/17/2026 | E101 Copying: 12 envelopes<br>2 pages/envelope | 36.00 | $0.05 | $1.80 |
| 07/20/2026 | E108 Postage: Memorandum of Law in Support of Chapter 11 Sub Ch V Plan of Liquidation | 12.00 | $1.07 | $12.84 |
| 07/20/2026 | E101 Copying: 12 envelopes<br>9 pages/envelope | 120.00 | $0.05 | $6.00 |
| | | | **Expenses Subtotal** | **$251.20** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Frank Wolff | 19.5 | $700.00 | $13,650.00 |
| Karon Foley | 0.7 | $250.00 | $175.00 |
| James Lies | 3.5 | $195.00 | $682.50 |
| Kim Lynch | 15.1 | $250.00 | $3,775.00 |
| Margaret Sayne | 0.8 | $225.00 | $180.00 |
| | | **Quantity Total** | **39.6** |
| | | **Subtotal** | **$18,713.70** |
| | | **Total** | **$18,713.70** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 23358 | 06/29/2026 | $25,611.72 | $7,261.00 | $18,350.72 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 23745 | 08/05/2026 | $18,713.70 | $0.00 | $18,713.70 |
| | | | **Outstanding Balance** | **$37,064.42** |
| | | | **Total Amount Outstanding** | **$37,064.42** |

### IOLTA Trust Account

| Date | Type | Description | Matter | Receipts | Payments | Balance |
|---|---|---|---|---|---|---|
| 03/30/2026 | | Payment for invoice #22238 | 28416-00002/All Seasons Joy, LLC-CH 11 Debtor (Post-Petition) | $12,912.50 | | -$12,912.50 |
| 06/29/2026 | | Payment for invoice #23358 | 28416-00002/All Seasons Joy, LLC-CH 11 Debtor (Post-Petition) | $7,261.00 | | -$20,173.50 |
| | | | | | **IOLTA Trust Account Balance** | **$5,043.50** |

Please make all amounts payable to: Nardella & Nardella, PLLC

Payment is due upon receipt. **Effective July 1, 2025**, a surcharge will be applied to all credit card payments. The surcharge will be **2.95% for Visa and Mastercard** transactions, and **3% for American Express**s. Payments made by **ACH transfer, eCheck, debit card, or check** will not incur this surcharge.

**Our preferred payment method is ACH transfer: Routing #061000104 Account #1000160236260**

**Payment Link for eChecks, debit cards, and credit cards**: **https://app.clio.com/link/7TanFHmGYd6d**

Payment is due upon receipt.

Label Matrix for local noticing
113C-9
Case 26-12879-EPK
Southern District of Florida
West Palm Beach
Thu Aug 6 14:43:39 EDT 2026

All Seasons Joy, LLC
1441 W 30th St
Riviera Beach, FL 33404-3535

Akira West
340 West 19th St.
Riviera Beach, FL 33404-6125

Frank Daniels
757 W. 5th Street
Riviera Beach, FL 33404-7405

Frank Daniels
c/o Tucker Law
800 SE 3rd Avenue, Suite 300
Fort Lauderdale, FL 33316-1152

Geraldine Blount
1472 W. 34th St
Riviera Beach, FL 33404-2984

~~Hill Top Missionary Baptist Church~~
~~1273 W. 30th Street~~
~~Riviera Beach, FL 33404-3531~~

Jean Ferdinand
1350 W. 29th St
Riviera Beach, FL 33404-3524

Lucinda Warren
1472 W. 34th Street #1
Riviera Beach, FL 33404-2984

Mary Hightower
1306 W. 23rd St
Riviera Beach, FL 33404-4206

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Palm Beach County Tax Collector
Governmental Center
301 North Olive Ave
3rd Floor
West Palm Beach, FL 33401-4700

Tucker Law
c/o Matthew Sean Tucker
800 SE 3rd Avenue
Suite 300
Fort Lauderdale, FL 33316-1152

Frank Daniels
800 SE 3rd Ave #300
Fort Lauderdale, FL 33316-1152

~~Frank M. Wolff Esq~~
~~135 W. Central Blvd., Ste. 300~~
~~Orlando, FL 32801-2435~~

~~Linda Marie Leali~~
~~2525 Ponce De Leon Blvd., Suite 300~~
~~Coral Gables, FL 33134-6044~~

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

End of Label Matrix
Mailable recipients 15
Bypassed recipients 1
Total 16