**ORDERED in the Southern District of Florida on August 10, 2026.**

**Erik P. Kimball**
**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

All Seasons Joy, LLC,

Case No.: 26-12879-EPK
Chapter 11

Debtor.
_______________________________________/

**ORDER APPROVING DEBTOR'S APPLICATION TO EMPLOY FRANK M. WOLFF, ESQ., AND THE LAW FIRM OF NARDELLA & NARDELLA, PLLC AS DEBTOR'S COUNSEL EFFECTIVE MARCH 9, 2026**

THIS CASE came on for hearing on July 22, 2026, at 2:00 p.m., upon *Debtor's Application to Employ Frank M. Wolff, Esq., and the Law Firm of Nardella & Nardella, PLLC as Debtor's Counsel Effective March 9, 2026* [ECF No. 72] (the "Application"). The Court, having considered the Application, the Affidavit of Proposed Attorney and verified statement attached to the Application, the record in this case, and the absence of any record objection, deems the Application uncontested. Accordingly, it is

**ORDERED**

1. The Application [ECF No. 72] is **APPROVED.**

2. The Debtor, in accordance with Section 327(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure, is authorized to employ Frank M. Wolff, Esq., and the law firm of Nardella & Nardella, PLLC (collectively "Nardella") as bankruptcy counsel for the Debtor and the estate under the terms and conditions as set forth in the Application and this Order, effective as of March 9, 2026, with compensation to be paid in such amounts as may be allowed by the Court upon proper application in accordance with 11 U.S.C. §§ 330 and 331.

3. Pursuant to Local Rule 2016-1(B), counsel may bill against the retainer on a monthly basis for its costs and fees as they accrue without further order, but subject to final review and approval by the Court.

4. The Court retains jurisdiction to interpret and enforce the terms of this Order.

###

Submitted by:
*/s/Frank M. Wolff*
Frank M. Wolff, Esq.
Florida Bar No. 0489670
**Nardella & Nardella, PLLC**
135 W. Central Blvd., Ste. 300
Orlando, Florida 32801
Phone: (407) 966-2680
Facsimile: (407) 966-2681
Email: fwolff@nardellalaw.com
Secondary email: klynch@nardellalaw.com
*Counsel to Debtor*

*Attorney Frank M. Wolff is directed to serve a copy of this order on all interested parties and file a Certificate of Service with the Court.*