UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

| | | |
|---|---|---|
| All Seasons Joy, LLC. | : | CHAPTER 11 |
| | : | |
| | : | CASE NO. 26-12879-EPK |
| | : | |
| Debtor | : | |

**AMENDED SUMMARY OF FINAL FEE APPLICATION FOR COMPENSATION AND REIMBURSMENT OF FEES BY ATTORNEYS FOR THE DEBTOR**

1. Name of Applicant: Nardella & Nardella, PLLC
2. Role of Applicant: Counsel for Debtor
3. Name of Certifying Professional: Frank M. Wolff
4. Date case filed: March 9, 2026
5. Date of Retention Order: ____

**IF INTERIM APPLICATION, COMPLETE 6, 7 AND 8 BELOW:**

6. Period for this Application: March 9, 2026 to June 28, 2026
7. Amount of Compensation Sought: $42,114.50
8. Amount of Expense Reimbursement Sought: $3,409.72

**IF FINAL APPLICATION, COMPLETE 9 AND 10 BELOW:**

9. Total Amount of Compensation Sought during case:[1] 42,114.50
10. Total Amount of Expense Reimbursement Sought during case: 3,409.72
11. Amount of Original Retainer (s) Please disclose both Fee Retainer and Cost Retainer if such a Retainer has been received: $25,217.50 (the "Retainer).
12. Current Balance of Retainer(s) remaining: $5,043.50
13. Last monthly operating report filed (Month/Year and ECF No.): June 29, 2026, ECF No. 65
14. If case is Chapter 11, current funds in the Chapter 11 estate: $5,043.50.
15. If case is Chapter 7, current funds held by Chapter 7 trustee: N/A

**COMPLETE THE ATTACHED FEE APPLICATION SUMMARY CHART. PLEASE INCLUDE THE INFORMATION FOR EACH PRIOR APPLICATION FILED WITH THE COURT:**



[1] Includes $7,000 in estimated fees through Confirmation

# FEE APPLICATION SUMMARY CHART

| REQUEST | | | | | APPROVAL | | | | PAID | | HOLDBACK | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Filed | ECF # | Period Covered | Fees Requested | Expenses Requested | Date Ordered | ECF # | Fees Approved | Expenses Approved | Fees Paid | Expenses Paid | Fees Holdback | Expenses Holdback |
| 6/29/2026 | | 3/9/2026-6/28/2026 | 35,114.50 | $3,409.72 | | | | | | | | |
| 6/29/2026 | | 6/29/2026-7/22/2026 | $7,000.00 | $0.00 | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **TOTALS** | | | $42,114.50 | $3,409.72 | | | | | | | | |

**EXHIBIT "1"**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flmb.uscourts.gov

In re:

All Seasons Joy, LLC,

Case No.: 26-12879-EPK
Chapter 11

Debtor.
_______________________________/

**AMENDED FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF FEES BY ATTORNEYS FOR THE DEBTOR**

Frank M. Wolff, Esq., and the law firm of Nardella & Nardella, PLLC (the "Applicant"), as counsel for All Seasons Joy, LLC ("Debtor"), and pursuant to Section 330 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 2016-1(B)(3), hereby submits this application for award of compensation in the amount of $42,114.50 (which includes actual attorneys' fees in the amount of $35,114.50 incurred from March 9, 2026 through June 28, 2026, plus an additional estimated amount of $7,000.00 in attorneys' fees for the period from June 28, 2026 through July 22, 2026) and reimbursement of expenses in the amount of $3,409.72 ("Application") for services rendered and expenses incurred, and, in support thereof, states as follows:

**BANKRUPTCY 2016 STATEMENT**

1. This is an application by the attorneys for the Debtor for compensation for professional services rendered. This application covers **77.7** hours of legal services rendered for the Debtor for the period of March 9, 2026 to June 28, 2026 for which the Applicant is requesting the sum of **$35,114.50** as compensation, plus an additional estimated **$7,000.00** in attorneys' fees

for the period of June 29, 2026 through July 22, 2026,[1] together with **$3,409.72** in costs, for a total of **$45,524.22,** as an administrative claim of the estate. There are insufficient funds in the trust account of Debtor's counsel to pay the requested fees and costs.

2. This application seeks allowance for all the time and services rendered by the applicant from March 9, 2026 through and including June 28, 2026, plus estimated time and services to be rendered from June 29, 2026 to July 22, 2026.

3. No compensation has been shared with any person or party other than among the partners and associates of the applicant to the extent and in the manner permitted by Bankruptcy Rule 2016.

4. No agreement exists between the applicant and any other person or entity for the sharing of compensation to be received for services rendered as counsel for the Debtor.

## FACTORS TO BE CONSIDERED IN AWARDING FEES

5. On March 9, 2026, the Debtor filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code. On March 10, 2026, the Debtor was authorized to operate business as Debtor-In-Possession.

6. The time-period covered by this application is from March 9, 2026 to June 28, 2026.

7. The professional services rendered on behalf of the Debtor for which an award of compensation is sought by Applicant involve the rendering of bankruptcy advice, including the drafting of all pleadings and other court papers as required by the Court in connection with this Chapter 11 Subchapter V case.

## CASE NARRATIVE

8. Since the filing of this instant case , the Applicant has negotiated, prepared and filed

[1] The Applicant will supplement this Application with actual fees and costs incurred during the period of June 28, 2026 through July 22, 2026 on or before the date set for the hearing on this Application, currently scheduled on July 22, 2026.

the Debtor's chapter 11 Subchapter V plan, The Applicant has continued to assist the Debtor in the preparation and filing of monthly operating reports. And seeking a resolution of its debt to its larger creditor. Finally, the Applicant has been engaged in the process of solicitation of votes in favor of plan confirmation. The Confirmation Hearing is currently scheduled for July 22, 2026.

**<u>APPLICANT'S SERVICES PROVIDED TO THE ESTATE</u>**

9. This section details the activities undertaken by the Applicant during the Application Period on the Debtor's behalf. The items listed above are allocated to each of the areas of representation which are described in the succeeding paragraphs. The nature of the representation provided by Applicant in the specific areas of representation is as follows:

Review of Court filings;

Prepare for and attend hearings before the Court;

Prepare and review proposed orders for submission to the Court;

Meetings and communications with the Debtor;

Conferences related to the general status of the Chapter 11 case; and

General discussions with creditors and their counsel and the Office of the United States Trustee regarding the case.

Assisting in the preparation and of the Debtor's Monthly Operating Reports and place them in a filing format acceptable to the United States Trustee.

Review of historical information regarding Debtor's pre-petition operations and Debtor's activities during this chapter 11 case;

Held conferences with the officers of Debtor regarding the plan of reorganization,

Drafted and filed the chapter 11 plan of reorganization;

Solicitation of ballots regarding the plan, and related negotiations with creditors and their counsel.

10. Attached hereto as **Exhibit A** is a table which sets forth the hourly rates for each professional or paraprofessional who has provided services in this case. Attached hereto as **Exhibit B** is a table which outlines the expenses and reimbursement. Attached to the original of this Application filed with the Court is **Exhibit C** which are invoices and detailed breakdown of the time entries for each professional that provided services during the Application Period.

11. During the Application Period, Debtor incurred actual expenses in the amount of $3,409.72 Debtor seeks Court Approval for reimbursement of these reasonable and necessary expenses in the amount of $3,409.72, and the items included as expenses are not included in Debtor's overhead or as a component of N&N's hourly rates. Included in **Exhibit B** and incorporated herein by reference is an itemized list of those expenses.

**ADDITIONAL SERVICES CONTEMPLATED AFTER FILING APPLICATION**

12. The Applicant anticipates that the Debtor will require additional legal services subsequent to the filing of this application. Such services include, but are not limited to, the following:

a. Continued solicitation of votes on plan, and attendance at confirmation hearing and other necessary hearings.

b. Reviewing ballots and preparation of reports pursuant to this Court's order.

c. Preparation of the Confirmation Affidavit and Certificate of Plan Proponent.

d. Communications with attorneys for various creditors, the IRS, and counsel for the U.S. Trustee.

e. Communications with the Debtor.

f. Making distributions under the confirmed chapter 11 plan.

g. Preparation of application for final decree, and other matters necessary to close estate.

h. Preparing a supplemental fee application prior to confirmation.

**TIME AND LABOR EXPENDED**

13. The time expended by the applicant for legal services furnished the Debtor as appears on Exhibit "A" does not reflect and cannot reflect all of the time actually expended by the applicant. Many telephone calls, routine correspondence, requests by creditors regarding the status of the Chapter 11 case and their individual claims cannot be reduced to time recordation and would increase the amount of time expended by the applicant in this case.

**NOVELTY AND DIFFICULTY OF THE SERVICES AND SKILL REQUIRED**

14. This Chapter 11 proceeding presented several matters that required the services and skill of an experienced bankruptcy lawyer.

**PRECLUSION OF OTHER EMPLOYMENT**

15. The applicant has devoted substantial time in the representation of the Debtor as more fully appears on Exhibit A. The applicant is aware of no other specific employment which was precluded as a result of it accepting this case, but had the applicant not accepted this employment, the time spent in this case would have been spent on other matters which would pay an hourly compensation on a current basis.

**Customary Fee**

16. Applicant's hourly rates as set forth in Exhibit A, which range from $325.00 per hour to $700.00 per hour for professionals and $175.00 to $250.00 per hour for paraprofessionals,

are customary for professionals and paraprofessionals of similar skill and experience in the Southern District of Florida.

**Time Limitations Imposed by Client or Other Circumstances**

17. Applicant performed the services described herein under the time constraints imposed by the Debtor and dictated by the circumstances of the Debtor's case. Therefore, considerable time had to be expended within short periods of time to produce various pleadings and papers filed in this case, responses thereto, and otherwise complete the activities described in this Application.

**Experience, Reputation and Ability of Attorneys**

18. Applicant is an established law firm and its partners and associates working on this case are experienced in matters of this kind and well known to this Court. Applicant enjoys a fine reputation and has demonstrated substantial ability in the fields of bankruptcy, litigation, and various other practice areas. The experience, reputation and ability of the attorneys and staff of Applicant justify an award in the amount requested.

**"Undesirability" of Case**

19. The representation provided in this case heretofore was not undesirable and posed significant and interesting challenges.

**THE LEGAL STANDARD**

20. The applicable legal standard for compensation under 11 U.S.C. Section 330 is based on the time, nature, extent, and value of the applicant's services, as well as the cost of comparable services other than in a case under Title 11. Therefore, it is respectfully requested that the Court consider the reasonableness of the fee requested by the applicant.

21. Pursuant to Local Rule 2016-1(c)(1), the applicant estimates incurring an additional amount of $7,000.00 in reasonable and necessary fees and expenses through confirmation, from June 29, 2026 through July 22, 2026, for which the Applicant will seek such additional fees by way of another Fee Application or Supplemental Fee Application to be submitted hereinafter and prior to confirmation.

WHEREFORE, the applicant, Nardella & Nardella, PLLC, respectfully requests that it (i) be awarded compensation and reimbursement of expenses out of the bankruptcy estate as part of the cost and expenses of administration thereof in the amount of $38,524.22 for the period of March 9, 2026 through June 28, 2026; (ii) approval of the estimated fees in the amount of $7,000.00 for the period of June 29, 2026 to July 22, 2026; and (iii) for such other and further relief as court deems just and proper.

**CERTIFICATE OF SERVICE**

I HEREBY certify a copy of this amended application has been served on August 11, 2026 on all filing users through the CM/ECF filing system and will be served on August 11, 2026, via first class United States Mail, postage prepaid to all parties who are not CM/ECF users on the attached matrix.

**SERVICE LIST**

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Linda Marie Leali
trustee@lealilaw.com,
F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net;nahomy@lealilaw.co
m;ecf.alert+LeaLi@titlexi.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Matthew Sean Tucker on behalf of Creditor Frank Daniels

matt@tuckerup.com

Frank M. Wolff, Esq on behalf of Debtor All Seasons Joy, LLC
fwolff@nardellalaw.com,
klynch@nardellalaw.com;msayne@nardellalaw.com;jlies@nardellalaw.com

Dated: August 11, 2026

Respectfully submitted,

*/s/ Frank M. Wolff*

Frank M. Wolff, Esq.
Florida Bar No. 319521
**Nardella & Nardella, PLLC**
135 W. Central Blvd., Suite 300
Orlando, FL 32801
Telephone (407) 966-2680
Email: fwolff@nardellalaw.com
Secondary Email: klynch@nardellalaw.com

***COUNSEL FOR THE DEBTOR***

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flmb.uscourts.gov

In re:

All Seasons Joy, LLC,

Case No.: 26-12879-EPK
Chapter 11

Debtor.
_________________________________/

## CERTIFICATION

1. I have been designated by Nardella & Nardella, PLLC (the "Applicant") as the professional with responsibility in this case for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Guidelines").

2. I have read the Applicant's application for compensation and reimbursement of expenses (the "Application"). The application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the application.

3. The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4. In seeking reimbursement for the expenditures described in Exhibit C, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5. In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6. The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance: None.

**I HEREBY CERTIFY** that the foregoing is true and correct.

Dated: August 11, 2026

/s/ Frank M. Wolff
Frank M. Wolff, Esq.
Florida Bar No. 319521
**Nardella & Nardella, PLLC**
135 W. Central Blvd., Suite 300
Orlando, FL 32801
Telephone (407) 966-2680
Email: fwolff@nardellalaw.com
Secondary Email: klynch@nardellalaw.com

*COUNSEL TO DEBTOR*

# EXHIBIT A

## SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL TIME

| | NAME | RATE | TOTAL HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|
| | | | | |
| **ATTORNEYS** | MICHAEL NARDELLA | $550.00 | 0.3 | $165.00 |
| | FRANK M. WOLFF | $700.00 | 35.2 | $24,640.00 |
| **PARAPROFESSIONALS** | KIMBERLY LYNCH | $250.00 | 37.7 | $9,425.00 |
| | BRENDON RENDO | $225.00 | 0.5 | $112.50 |
| | JAMES LIES | $195.00 | 4.0 | $772.00 |
| | | **TOTAL** | **77.7** | **$35,114.50** |

# EXHIBIT B

## SUMMARY OF EXPENSES AND DISBURSEMENTS

| | ITEM | AMOUNT |
|---|---|---|
| 1. | Copying | $18.40 |
| 2. | Postage | $81.38 |
| 3. | Out of town travel | $309.94 |
| 4. | Other professionals | 3,000.00 |
| **TOTAL** | | **$3,409.72** |

# EXHIBIT C

## STATEMENTS PROVIDED FOR PAYMENT OF FEES

# INVOICE

NARDELLA

Invoice # 22238
Date: 03/30/2026

135 W. Central Blvd., Suite 300
Orlando, Florida 32801
United States

All Seasons Joy, LLC
1441 W 30th Street
Riviera Beach, FL 33404

## 28416-00002/All Seasons Joy, LLC-CH 11 Debtor (Post-Petition)

## CH 11 Debtor (Post-Petition)

### Services

| Date | Time Keeper | Description | Quantity |
|---|---|---|---|
| 03/09/2026 | BR | A102 Research L110 Fact Investigation/Development: Find all the properties owned by the LLC and ensure those are the only properties. | 0.50 |
| 03/09/2026 | KL | A106 Communicate (with client) B110 Case Administration: Email to client case has been filed with copy of petition | 0.10 |
| 03/09/2026 | KL | A106 Communicate (with client) B110 Case Administration: Email to clients and attorneys with case number and request for Jennifer Carroll to prepare and file suggestion of bankruptcy | 0.20 |
| 03/09/2026 | KL | A103 Draft/revise B110 Case Administration: preparing schedules | 1.70 |
| 03/09/2026 | FW | Correspondence with Kim Lynch regarding contact information for Tarya Davis for All Seasons Joy, LLC. | 0.10 |
| 03/09/2026 | FW | A106 Communicate (with client) B110 Case Administration: Correspondence with Tarya Davis regarding information and confirmation of details for the Case Management Summary. | 0.10 |
| 03/09/2026 | FW | Participate in Zoom conference with Kimberly Osment regarding case status. | 0.80 |
| 03/09/2026 | FW | Participate in conference regarding case status and strategy. | 0.40 |
| 03/09/2026 | FW | A103 Draft/revise B110 Case Administration: Draft and revise Case Management Summary for All Seasons Joy, LLC regarding filing justifications, | 0.30 |

| | | | |
|---|---|---|---|
| | | officer compensation for Hughetta Davis, and anticipated emergency relief motions. | |
| 03/09/2026 | KL | A103 Draft/revise B110 Case Administration: Preparing and filing a notice of bankruptcy; email to opposing counsel | 0.40 |
| 03/10/2026 | FW | A105 Communicate (in firm) B110 Case Administration: Correspondence with Kim Lynch regarding the Chapter 11 voluntary petition for All Seasons Joy, LLC. | 0.20 |
| 03/10/2026 | FW | A104 Review/analyze B150 Meetings of and Communications with Creditors: Review correspondence from Kim Lynch regarding the United States Trustee Initial Debtor Interview Scheduling Letter and commercial general liability insurance documentation for all seasons Joy | 0.20 |
| 03/11/2026 | FW | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan): Correspondence with Michael Joy and Joy regarding the preparation of the Notice Filing Debtor's Disclosure Statement and Plan of Reorganization for All Seasons Joy, LLC. | 0.10 |
| 03/11/2026 | FW | Review case deadlines regarding the Case Management Summary for All Seasons Joy, LLC | 0.20 |
| 03/12/2026 | KL | A103 Draft/revise B110 Case Administration: Drafting schedules; revising case management summary and cash collateral order | 0.50 |
| 03/12/2026 | KL | A106 Communicate (with client) B110 Case Administration: Reviewing file for missing information; email to clients re: same | 0.50 |
| 03/12/2026 | KL | A104 Review/analyze B110 Case Administration: Reviewing pleadings filed in case including notice of deficient filing; notice of commencement; notice setting status conference; | 0.50 |
| 03/12/2026 | KL | A103 Draft/revise B110 Case Administration: Preparing and filing proof of service of order setting status conference; process of service | 0.40 |
| 03/12/2026 | KL | A103 Draft/revise B110 Case Administration: Finalizing and filing case management summary with court | 0.10 |
| 03/12/2026 | FW | A104 Review/analyze B250 Real Estate: Review correspondence from Tarya to Kim Lynch regarding property rental income, real estate taxes, and bank account information for All Seasons Joy, LLC. | 0.10 |
| 03/13/2026 | FW | Participate in Zoom conference with Kim Lynch regarding case status. | 0.70 |
| 03/13/2026 | FW | Review upcoming filing deadlines and case schedule for All Seasons Joy, LLC | 0.10 |
| 03/13/2026 | FW | Participate in conference regarding case status. | 0.10 |
| 03/17/2026 | KL | A106 Communicate (with client) B110 Case Administration: Phone call from attorney Williams and children of Ms. Davis regarding documents needed; email to admin to resend engagement letter | 0.20 |
| 03/17/2026 | KL | A106 Communicate (with client) B110 Case Administration: Phone call from client re: at bank closing account; name of a bank to open a DIP account | 0.10 |
| 03/18/2026 | KL | A103 Draft/revise B110 Case Administration: Creating a budget for cash collateral motion | 0.80 |

| | | | |
|---|---|---|---|
| 03/18/2026 | KL | A108 Communicate (other external) B110 Case Administration: Emailing bank manager documents necessary to open DIP account | 0.10 |
| 03/19/2026 | KL | A108 Communicate (other external) B110 Case Administration: Conferring with attorney regarding IDI scheduled for today; phone call and follow up emails to UST's office to get IDI rescheduled | 0.30 |
| 03/19/2026 | KL | A103 Draft/revise B110 Case Administration: Finishing budget and email to attorney for review | 0.20 |
| 03/19/2026 | KL | A104 Review/analyze B110 Case Administration: Reviewing email from UST's office regarding insurance | 0.10 |
| 03/19/2026 | KL | A106 Communicate (with client) B110 Case Administration: Emailing clients regarding property insurance | 0.10 |
| 03/19/2026 | JEL | A104 Review/analyze B110 Case Administration: Create IDI folder, organize documents, and update UST financial checklist South Florida. | 0.30 |
| 03/19/2026 | KL | A106 Communicate (with client) B110 Case Administration: Set up a Zoom meeting with clients regarding insurance | 0.20 |
| 03/19/2026 | KL | A106 Communicate (with client) B110 Case Administration: Phone call from Denzel regarding still trying to open DIP account; phone call with frank tomorrow morning | 0.10 |
| 03/19/2026 | FW | A108 Communicate (other external) B150 Meetings of and Communications with Creditors: Correspondence with Heidi A. Feinman, Yevgeny Sulsky, and Linda Leali regarding insurance documentation for All Seasons Joy, LLC. | 0.60 |
| 03/19/2026 | FW | A109 Appear for/attend B150 Meetings of and Communications with Creditors: Participate in Initial Debtor Interview with Yevgeny Sulsky and Linda Leali regarding the Chapter 11 case for All Seasons Joy, LLC. | 0.50 |
| 03/19/2026 | FW | A104 Review/analyze B150 Meetings of and Communications with Creditors: Review the Initial Debtor Interview Scheduling Letter from the Office of the United States Trustee regarding All Seasons Joy, LLC and correspondence from Heidi Feinman and Gene Sulsky regarding scheduling and documentation requirements. | 0.20 |
| 03/19/2026 | FW | A108 Communicate (other external) B110 Case Administration: Correspondence with Yevgeny Solsky regarding the submission of documents for All Seasons Joy, LLC. | 0.10 |
| 03/19/2026 | FW | A105 Communicate (in firm) B150 Meetings of and Communications with Creditors: Correspondence with Keenan Smith regarding the Initial Debtor Interview scheduling for All Seasons Joy, LLC. | 0.10 |
| 03/19/2026 | FW | A105 Communicate (in firm) B150 Meetings of and Communications with Creditors: Correspondence with Kim Lynch regarding the Initial Debtor Interview Scheduling Letter and the preparation of required financial documentation for All Seasons Joy, LLC. | 0.10 |
| 03/19/2026 | FW | Prepare for the initial debtor interview regarding the Chapter 11 case for All Seasons Joy, LLC. | 0.20 |
| 03/20/2026 | KL | A106 Communicate (with client) B110 Case Administration: Reading attorney text message to cancel Zoom with clients today; emailing clients cancelling | 0.10 |

| | | | |
|---|---|---|---|
| | | Zoom and reschedule for tomorrow | |
| 03/20/2026 | KL | A108 Communicate (other external) B110 Case Administration: Emailing 5/3 bank the information necessary to open a DIP account | 0.10 |
| 03/20/2026 | KL | A106 Communicate (with client) B110 Case Administration: Phone call from Denzel regarding insurance and set up new Zoom for March 21 for Frank and clients | 0.20 |
| 03/20/2026 | FW | A106 Communicate (with client) B110 Case Administration: Correspondence with Tarya Davis, Delaun Davis, and Michael D. Brown regarding casualty insurance requirements and preparation for upcoming meetings for All Seasons Joy, LLC. | 0.10 |
| 03/21/2026 | KL | A106 Communicate (with client) B110 Case Administration: Participate in Zoom call and sending clients follow up email of items requested for IDI package and schedules completion | 0.30 |
| 03/21/2026 | FW | Participate in Zoom conference regarding case status and strategy for All Seasons Joy. | 0.40 |
| 03/21/2026 | FW | A106 Communicate (with client) B110 Case Administration: Participate in Zoom conference with clients regarding case status and strategy for All Seasons Joy, LLC. | 0.50 |
| 03/21/2026 | FW | A106 Communicate (with client) B110 Case Administration: Correspondence with Delaun Davis, Tarya Davis, Michael D. Brown, and Denzel Davis regarding casualty insurance requirements and preparation for upcoming conference for All Seasons Joy, LLC. | 0.10 |
| 03/21/2026 | FW | Participate in conference regarding case status and strategy. | 1.00 |
| 03/23/2026 | KL | A110 Manage data/files B110 Case Administration: Forwarding text of DIP account open from phone to client file | 0.10 |
| 03/23/2026 | KL | Finalizing schedules; working on IDI package | 1.70 |
| 03/23/2026 | KL | A106 Communicate (with client) B110 Case Administration: Phone call from client regarding insurance; conference in attorney for advice | 0.50 |
| 03/23/2026 | MN | A105 Communicate (in firm) B410 General Bankruptcy Advice/Opinions: Call regarding insurance issues | 0.30 |
| 03/23/2026 | KL | A103 Draft/revise B110 Case Administration: Drafting motion and order to extend deadline to file lists schedule and statements; file with court | 0.70 |
| 03/23/2026 | KL | A103 Draft/revise B110 Case Administration: collating IDI package; email to client for review and signature | 1.00 |
| 03/24/2026 | KL | | 1.20 |
| 03/24/2026 | KL | A109 Appear for/attend B110 Case Administration: Participate in IDI meeting | 0.60 |
| 03/24/2026 | KL | A106 Communicate (with client) B110 Case Administration: Emailing client regarding the monthly operating reporting form; IDI and meeting of creditors | 0.20 |
| 03/24/2026 | FW | A105 Communicate (in firm) L140 Document/File Management: Correspondence with Jeffrey Gavrich regarding the preservation of original | 0.30 |

| | | | |
|---|---|---|---|
| | | records for All Seasons Joy, LLC. | |
| 03/24/2026 | FW | Prepare for the initial debtor interview regarding All Seasons Joy, LLC and the continued Section 341 meeting of creditors for Vera Holdings & Investments Inc. | 0.10 |
| 03/24/2026 | FW | A104 Review/analyze B150 Meetings of and Communications with Creditors: Review correspondence from Kim Lynch regarding the Initial Debtor Interview package for All Seasons Joy, LLC. | 0.10 |
| 03/24/2026 | FW | A104 Review/analyze B110 Case Administration: Review case status and schedule for All Seasons Joy, LLC. | 0.10 |
| 03/24/2026 | FW | A109 Appear for/attend B150 Meetings of and Communications with Creditors: Participate in the Initial Debtor Interview with Kim Lynch and Yevgeny Sulsky regarding the Chapter 11 case for All Seasons Joy, LLC. | 0.50 |
| 03/24/2026 | FW | Correspondence with Kim Lynch regarding the initial debtor interview call, the submission of the IDI package to the United States Trustee, and conference attendance for All Seasons Joy. | 0.10 |
| 03/24/2026 | FW | Prepare for initial debtor interview for All Seasons Joy, LLC. | 0.10 |
| 03/25/2026 | JEL | A108 Communicate (other external) B110 Case Administration: Call Southern District WPB Division and confirm Proposed Order is required to be submitted on Motion to Extend Time to File Schedules (Doc 15). | 0.10 |
| 03/25/2026 | KL | A103 Draft/revise B110 Case Administration: Finalizing and uploading order granting motion to extend time to file lists, schedules and statements | 0.20 |
| 03/27/2026 | KL | A106 Communicate (with client) B110 Case Administration: Phone call from Denzel regarding insurance; merge attorney on to call | 0.30 |
| 03/27/2026 | KL | A104 Review/analyze B110 Case Administration: Reviewing notice of hearing; sign attorney up to appear via Zoom | 0.10 |
| 03/27/2026 | FW | A106 Communicate (with client) B150 Meetings of and Communications with Creditors: Review correspondence from Yevgeny Sulsky regarding insurance coverage and correspond with Tarya Davis and Delaun Davis regarding outstanding IDI items for All Seasons Joy, LLC. | 0.10 |
| | | **Quantity Subtotal** | **23.8** |
| | | **Services Subtotal** | **$9,912.50** |

## Expenses

| Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|
| 03/13/2026 | E123 Other professionals: Gardner consulting services invoice for appraisals of All Seasons Joy properties | 1.00 | $3,000.00 | $3,000.00 |
| | | | **Expenses Subtotal** | **$3,000.00** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Michael A. Nardella | 0.3 | $550.00 | $165.00 |
| Frank Wolff | 8.7 | $700.00 | $6,090.00 |
| James Lies | 0.4 | $175.00 | $70.00 |
| Kim Lynch | 13.9 | $250.00 | $3,475.00 |
| Brenden Rendo | 0.5 | $225.00 | $112.50 |
| | | **Quantity Total** | **23.8** |
| | | **Subtotal** | **$12,912.50** |
| | | **Total** | **$12,912.50** |
| | | **Payment (03/30/2026)** | **-$12,912.50** |
| | | **Balance Owing** | **$0.00** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 23358 | 06/29/2026 | $25,611.72 | $7,261.00 | $18,350.72 |
| 23745 | 08/05/2026 | $18,713.70 | $0.00 | $18,713.70 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 22238 | 03/30/2026 | $12,912.50 | $12,912.50 | $0.00 |
| | | | **Outstanding Balance** | **$37,064.42** |
| | | | **Total Amount Outstanding** | **$37,064.42** |

## IOLTA Trust Account

| Date | Type | Description | Matter | Receipts | Payments | Balance |
|---|---|---|---|---|---|---|
| 03/30/2026 | | Payment for invoice #22238 | 28416-00002/All Seasons Joy, LLC-CH 11 Debtor (Post-Petition) | $12,912.50 | | -$12,912.50 |

| | | | | |
|---|---|---|---|---|
| 06/29/2026 | Payment for invoice #23358 | 28416-00002/All Seasons Joy, LLC-CH 11 Debtor (Post-Petition) | $7,261.00 | -$20,173.50 |
| | | | **IOLTA Trust Account Balance** | **$5,043.50** |

Please make all amounts payable to: Nardella & Nardella, PLLC

Payment is due upon receipt. **Effective July 1, 2025**, a surcharge will be applied to all credit card payments. The surcharge will be **2.95% for Visa and Mastercard** transactions, and **3% for American Express**. Payments made by **ACH transfer, eCheck, debit card, or check** will not incur this surcharge.

**Our preferred payment method is ACH transfer: Routing #061000104 Account #1000160236260**

**Payment Link for eChecks, debit cards, and credit cards**: **https://app.clio.com/link/7TanFHmGYd6d**

Payment is due upon receipt.

# INVOICE

NARDELLA

Invoice # 23358
Date: 06/29/2026

135 W. Central Blvd., Suite 300
Orlando, Florida 32801
United States

All Seasons Joy, LLC
1441 W 30th Street
Riviera Beach, FL 33404

## 28416-00002/All Seasons Joy, LLC-CH 11 Debtor (Post-Petition)

## CH 11 Debtor (Post-Petition)

### Services

| Date | Time Keeper | Description | Quantity |
|---|---|---|---|
| 03/31/2026 | KL | A106 Communicate (with client) B110 Case Administration: Phone call to Denzel regarding insurance; sign up Tarya and Denzel to appear at hearing tomorrow via Zoom; follow up email to clients | 0.60 |
| 04/01/2026 | KL | A105 Communicate (in firm) B110 Case Administration: Emailing draft schedules completion to attorney for review | 0.30 |
| 04/01/2026 | KL | A105 Communicate (in firm) B110 Case Administration: Conferring with attorney regarding motion to dismiss | 0.10 |
| 04/01/2026 | KL | A106 Communicate (with client) B110 Case Administration: Reviewing and responding to Tarya's email regarding zoom link for hearing today | 0.10 |
| 04/01/2026 | KL | A103 Draft/revise B110 Case Administration: Preparing Local Form 4; file remaining schedules with court; email copy to clients | 0.50 |
| 04/01/2026 | FW | A109 Appear for/attend L450 Trial and Hearing Attendance: Participate in Zoom hearing on Motion to Dismiss and review Initial Debtor Interview Scheduling Letter and documentation requirements for All Seasons Joy, LLC. | 1.20 |
| 04/01/2026 | FW | A109 Appear for/attend L450 Trial and Hearing Attendance: prepare for hearing before Judge Kimball and review correspondence from Kim Lynch regarding contact information and hearing attendance for Denzel Davis, Griffin Davis, and Tarya Davis for All Seasons Joy, LLC. | 0.30 |

| | | | |
|---|---|---|---|
| 04/01/2026 | FW | A105 Communicate (in firm) B110 Case Administration: Correspondence with Kim Lynch regarding the completion of schedules for All Seasons Joy, LLC and billing holdback requirements for the Southern District of Florida. | 0.20 |
| 04/01/2026 | FW | A104 Review/analyze B110 Case Administration: Review the Statement of Financial Affairs for All Seasons Joy, LLC regarding asset reporting and officer history concerning Griffin Davis. | 0.10 |
| 04/01/2026 | FW | A106 Communicate (with client) B110 Case Administration: Correspondence with Denzel Davis and Tarya Davis regarding the status of insurance coverage, the wind mitigation study, and preparation for the upcoming hearing for All Seasons Joy, LLC. | 0.60 |
| 04/02/2026 | KL | A108 Communicate (other external) B110 Case Administration: Reviewing docket entry continuing hearing on motion to dismiss; calendar hearing; sign attorney up to appear via zoom | 0.20 |
| 04/02/2026 | KL | A105 Communicate (in firm) B110 Case Administration: Conferring with attorney re: list of items needed to complete case; insurance; calendaring deadline to file plan with reminders | 0.30 |
| 04/06/2026 | KL | A103 Draft/revise B110 Case Administration: Revising order per court direction; upload revised order | 0.10 |
| 04/07/2026 | FW | Review case deadlines and prepare for the meeting of creditors for All Seasons Joy, LLC and the objection to the application to employ special counsel for Vera Holdings & Investments Inc. | 0.30 |
| 04/08/2026 | KL | A106 Communicate (with client) B110 Case Administration: Phone call from client in response to email about insurance; sign up clients for April 8 hearing via zoom; reviewing emails from client still regarding insurance | 0.30 |
| 04/08/2026 | KL | A108 Communicate (other external) B110 Case Administration: Reviewing and responding to client emails re: insurance; reviewing UST emails; phone call from attorney; call M. Lane insurance agent for binders for all properties; email binders to UST | 0.60 |
| 04/08/2026 | KL | A106 Communicate (with client) B110 Case Administration: Telephoning M. Lane for amount owed for insurance on all policies; phone call from client re: same; email reminder of meeting of creditors tomorrow | 0.20 |
| 04/08/2026 | KL | A106 Communicate (with client) B110 Case Administration: reviewing email from insurance agent; email to Denzel with total amount owed on insurance for all properties | 0.10 |
| 04/08/2026 | FW | A108 Communicate (other external) B150 Meetings of and Communications with Creditors: Correspondence with Heidi A. Feinman and Tarya Davis regarding insurance invoice payment options and requirements for All Seasons Joy, LLC. | 0.40 |
| 04/08/2026 | FW | Attend hearing before Judge Kimball | 0.60 |
| 04/08/2026 | FW | Attend meeting with Heidi Feinman, regarding case status and management. | 0.10 |
| 04/08/2026 | FW | A109 Appear for/attend L450 Trial and Hearing Attendance: Prepare for Zoom hearing before Judge Kimball regarding All Seasons Joy, LLC. | 0.50 |
| 04/08/2026 | FW | Review correspondence from Kim Lynch regarding insurance status and | 0.20 |

| | | | |
|---|---|---|---|
| | | coordination of a teleconference with Denzel. | |
| 04/09/2026 | KL | A106 Communicate (with client) B110 Case Administration: Phone calls with clients and attorney regarding who is attending meeting of creditors | 0.40 |
| 04/09/2026 | KL | A108 Communicate (other external) B110 Case Administration: Forwarding a copy of Denzel Davis Driver's license from text to work email; forward on to the United states trustee | 0.20 |
| 04/09/2026 | FW | A104 Review/analyze B160 Fee/Employment Applications: Review the Disclosure of Compensation for All Seasons Joy, LLC regarding the source of compensation from Denzel Davis. | 0.10 |
| 04/09/2026 | FW | A106 Communicate (with client) B110 Case Administration: Correspondence with Tarya Davis and Michael Lane regarding insurance documentation and review correspondence from Jeff Gray regarding account access and document production for All Seasons Joy, LLC. | 0.50 |
| 04/09/2026 | FW | Review case deadlines and prepare for the meeting of creditors for All Seasons Joy, LLC. | 0.10 |
| 04/10/2026 | KL | A106 Communicate (with client) B110 Case Administration: Phone call from Denzel regarding insurance | 0.10 |
| 04/10/2026 | KL | A108 Communicate (other external) B110 Case Administration: Filing attorney compensation statement with court; email corrected fire insurance to UST office | 0.40 |
| 04/10/2026 | KL | A106 Communicate (with client) B110 Case Administration: Phone call from Denzel regarding payment of insurance and providing proof | 0.10 |
| 04/13/2026 | KL | A106 Communicate (with client) B110 Case Administration: Phone call from Denzel regarding proof of payment of insurance for all properties; email to attorney | 0.10 |
| 04/15/2026 | KL | A105 Communicate (in firm) B110 Case Administration: Conferring with attorney re: order dismissing case | 0.10 |
| 04/17/2026 | KL | A103 Draft/revise B110 Case Administration: Revising statement under section 1116b; email to client for signature | 0.30 |
| 04/17/2026 | KL | A103 Draft/revise B110 Case Administration: Preparing and filing certificate of service of order granting deadline to file lists schedule statements; downloading matrix for mailing; process of service | 0.60 |
| 04/19/2026 | FW | A103 Draft/revise L430 Written Motions and Submissions: Draft and revise the Motion to Vacate Dismissal Order and review local bankruptcy rules regarding emergency hearing requirements for All Seasons Joy, LLC. | 0.80 |
| 04/19/2026 | FW | A103 Draft/revise L430 Written Motions and Submissions: Draft the Emergency Motion to Vacate Order Dismissing Case and Reinstate Chapter 11 Proceeding, the Proposed Order, and the Statement under 1116(1)(B) and correspondence with Kim Lynch regarding divisional formatting and filing for All Seasons Joy, LLC. | 0.60 |
| 04/19/2026 | FW | A108 Communicate (other external) L430 Written Motions and Submissions: Correspondence with Heidi Feinman and Linda Leali regarding the Emergency Motion to Vacate Dismissal Order and meet and confer requirements for All Seasons Joy, LLC. | 0.20 |

| | | | |
|---|---|---|---|
| 04/20/2026 | KL | A103 Draft/revise B110 Case Administration: Revising emergency motion to vacate order | 1.00 |
| 04/20/2026 | KL | A106 Communicate (with client) B110 Case Administration: Revising statement under 1116(b) email to clients for mom's signature | 0.10 |
| 04/20/2026 | FW | A103 Draft/revise L250 Other Written Motions and Submissions: Revise the Motion to Vacate Dismissal Order and analyze document accuracy and filing readiness for All Seasons Joy, LLC. | 0.50 |
| 04/20/2026 | FW | A107 Communicate (other outside counsel) B110 Case Administration: Correspondence with Linda Leali regarding potential objections to the Motion to Vacate Dismissal and correspondence with Kim Lynch regarding filing requirements and local rules for All Seasons Joy, LLC. | 0.20 |
| 04/21/2026 | KL | A105 Communicate (in firm) B110 Case Administration: conferring with attorney re: motion to vacate and order; clients question regarding signing 1116(b) statement | 0.20 |
| 04/21/2026 | KL | A106 Communicate (with client) B110 Case Administration: Reviewing and responding to client email regarding the language regarding tax return on 1116(b) statement | 0.10 |
| 04/21/2026 | FW | A104 Review/analyze L430 Written Motions and Submissions: Review the Emergency Motion to Vacate Order Dismissing Case and the Proposed Order Reinstating Case for All Seasons Joy, LLC. | 0.10 |
| 04/22/2026 | KL | A103 Draft/revise B110 Case Administration: Downloading mailing matrix; revising and finalizing motion to vacation dismissal and accompanying order; filing statement re: 1116(b) documents; process of service | 0.60 |
| 04/22/2026 | KL | A103 Draft/revise B110 Case Administration: Preparing March monthly operating report; email to client for missing information | 0.30 |
| 04/22/2026 | KL | A105 Communicate (in firm) B110 Case Administration: Phone call from Frank regarding order vacation dismissal; look through his emails; find the order in his google drive; upload new order to court | 0.30 |
| 04/22/2026 | FW | A104 Review/analyze B110 Case Administration: Review the Statement of Unavailability of Documents and the Proposed Order Reinstating Case, and correspondence with Kim Lynch regarding instructions from the Court to upload the reinstatement order for All Seasons Joy, LLC. | 0.30 |
| 04/23/2026 | KL | A103 Draft/revise B110 Case Administration: Revising order granting motion to vacate dismissal per court direction and reupload to court | 0.10 |
| 04/23/2026 | KL | A106 Communicate (with client) B110 Case Administration: Reviewing and responding to client email with March Bank of America statement; reviewing March statement | 0.10 |
| 04/28/2026 | KL | A103 Draft/revise B110 Case Administration: Preparing and filing certificate of service of order granting debtor's emergency motion to vacate order dismissing case and reinstating chapter 11 proceedings; process of service | 0.40 |
| 04/28/2026 | KL | A104 Review/analyze B110 Case Administration: Reviewing docket entries that revise proof of claims deadline dates; notice of appearance | 0.10 |
| 04/28/2026 | KL | A106 Communicate (with client) B110 Case Administration: Reviewing and | 0.10 |

| | | | |
|---|---|---|---|
| | | responding to client email regarding case dismissal and reinstatement | |
| 04/28/2026 | KL | A105 Communicate (in firm) B110 Case Administration: Reviewing attorney email regarding response to motion to reinstate case; email copy of affidavit | 0.10 |
| 04/29/2026 | KL | A103 Draft/revise B110 Case Administration: Continue to prepare monthly operating report | 0.40 |
| 05/01/2026 | KL | A105 Communicate (in firm) B110 Case Administration: Conferring with attorney regarding case status; setting up call with clients | 0.20 |
| 05/01/2026 | KL | A104 Review/analyze B110 Case Administration: Reviewing pleadings filed in case including notice setting status conference; calendar important deadlines | 0.30 |
| 05/01/2026 | KL | A106 Communicate (with client) B110 Case Administration: Emailing clients regarding conference call on Monday, May 4, 2026 | 0.10 |
| 05/01/2026 | KL | A103 Draft/revise B110 Case Administration: Preparing and filing certificate of service for order setting sub V status conference; process of service | 0.40 |
| 05/01/2026 | FW | A101 Plan and prepare for B110 Case Administration: Review calendar regarding upcoming schedule and matter management. | 0.30 |
| 05/01/2026 | FW | Review court procedure manual regarding Chapter 11 Subchapter V cases and local motion requirements. | 0.10 |
| 05/02/2026 | FW | Review and manage calendar entries regarding upcoming hearings and matter deadlines for Vera Holdings & Investments Inc., All Seasons Joy, LLC, and Laudat. | 0.10 |
| 05/04/2026 | KL | A105 Communicate (in firm) B110 Case Administration: conferring with attorney regarding motion to dismiss and amended 1116(b) document | 0.10 |
| 05/04/2026 | KL | A103 Draft/revise B110 Case Administration: Revising 1116(b) statement; email to attorney for review | 0.10 |
| 05/04/2026 | KL | A103 Draft/revise B110 Case Administration: Completing monthly operating report | 0.30 |
| 05/04/2026 | FW | A104 Review/analyze L430 Written Motions and Submissions: Review the Amended Statement Under Penalty of Perjury Pursuant to 11 U.S.C. § 1116(1)(B) for All Seasons Joy, LLC. | 0.10 |
| 05/04/2026 | FW | A106 Communicate (with client) B110 Case Administration: Attend meeting with Dennis Davis, Griffin Davis, and Tarya Davis regarding case status and hearing preparation for All Seasons Joy, LLC. | 0.50 |
| 05/11/2026 | KL | A103 Draft/revise B110 Case Administration: Finalizing monthly operating report for client signature; finalizing amended 1116(b) statement; emailing to client for review and signature | 0.80 |
| 05/11/2026 | KL | A106 Communicate (with client) B110 Case Administration: Phone call from Jennifer Carroll's assistant regarding availability for telephone conference; email to clients regarding same | 0.10 |
| 05/11/2026 | KL | A106 Communicate (with client) B110 Case Administration: Telephone call from Denzel regarding signing amended 1116(b) statement and monthly operating report | 0.10 |

| | | | |
|---|---|---|---|
| 05/11/2026 | FW | A106 Communicate (with client) B110 Case Administration: Correspondence with Tarya Davis and Delaun Davis regarding meeting preparation for All Seasons Joy, LLC. | 0.20 |
| 05/12/2026 | KL | A108 Communicate (other external) B110 Case Administration: Leaving telephone message for Mr. Brown regarding 11:30 zoom call | 0.10 |
| 05/12/2026 | KL | A106 Communicate (with client) B110 Case Administration: Participating in Zoom call with clients regarding formulating a chapter 11 plan | 1.00 |
| 05/12/2026 | FW | Analyze loan amortization and review payment schedules. | 0.20 |
| 05/12/2026 | FW | Review correspondence regarding property valuation for the plan. | 0.20 |
| 05/12/2026 | FW | A106 Communicate (with client) B110 Case Administration: Attend meeting with Jennifer S. Carroll, Griffin Davis, Michael Brown, Tarya Davis, and Kim Lynch regarding case status, Subchapter V reporting requirements, and rental property valuations for All Seasons Joy, LLC. | 0.90 |
| 05/14/2026 | FW | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan): Correspond with Tarya Davis, Delaun Davis, and Michael Brown regarding Chapter 11 plan feasibility, debt amortization, and potential property surrender for All Seasons Joy, LLC. | 0.50 |
| 05/15/2026 | KL | A106 Communicate (with client) B110 Case Administration: Phone call to Denzel regarding getting the monthly operating report signed; follow up email re: same | 0.10 |
| 05/15/2026 | FW | A106 Communicate (with client) B110 Case Administration: Correspond with Michael Brown regarding written obligations for All Seasons Joy, LLC. | 0.10 |
| 05/18/2026 | KL | A103 Draft/revise B110 Case Administration: Compiling exhibits for March monthly operating report and file with court | 0.30 |
| 05/18/2026 | KL | A104 Review/analyze B110 Case Administration: Reviewing and filing Amended 1116(b) statement with court | 0.10 |
| 05/18/2026 | FW | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Analyze property documents for 1472 W 34th St and review case pleadings regarding the Plan of Reorganization and Disclosure Statement for All Seasons Joy, LLC. | 1.00 |
| 05/18/2026 | FW | Review project files and document review tables regarding All Seasons Joy. | 0.20 |
| 05/19/2026 | KL | A106 Communicate (with client) B110 Case Administration: Telephone call from client regarding questions to complete monthly operating report | 0.10 |
| 05/19/2026 | KL | A103 Draft/revise B110 Case Administration: Preparing April monthly operating report | 0.50 |
| 05/19/2026 | KL | A103 Draft/revise B110 Case Administration: Completing preparation of monthly operating report email to client for review and signature | 0.40 |
| 05/19/2026 | FW | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings: Draft and revise the Response in Opposition to Creditor Frank Daniels's Motion for Relief from the Automatic Stay and review supporting exhibits, including property leases and judicial notice requests for All Seasons Joy, LLC. | 2.20 |

| | | | |
|---|---|---|---|
| 05/19/2026 | FW | A106 Communicate (with client) B140 Relief from Stay/Adequate Protection Proceedings: Correspondence with Tarya Davis, Delaun Davis, Michael D. Brown, and Jennifer Suzanne Carroll regarding the Motion for Relief from Stay and draft response for All Seasons Joy, LLC. | 0.10 |
| 05/19/2026 | FW | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan): Correspond with Tarya Davis and Delaun Davis regarding the draft plan, liquidation analysis, and amortization schedule for All Seasons Joy, LLC. | 0.10 |
| 05/20/2026 | KL | A103 Draft/revise B110 Case Administration: Revising response to motion for relief from stay | 0.40 |
| 05/20/2026 | KL | A103 Draft/revise B110 Case Administration: Preparing draft response in opposition to creditor Frank Daniel's motion for reconsideration and response in opposition to creditor Frank Daniel's motion to dismiss or convert | 0.70 |
| 05/20/2026 | KL | A108 Communicate (other external) B110 Case Administration: Emailing copies of All Seasons Joy property appraisal to accountant requested by attorney | 0.10 |
| 05/20/2026 | KL | A106 Communicate (with client) B110 Case Administration: Attending Zoom conference with clients and attorney | 1.70 |
| 05/20/2026 | KL | A103 Draft/revise B190 Other Contested Matters (excluding assumption/ rejection motions): Finalizing and filing response in opposition to motion for relief from stay | 0.20 |
| 05/20/2026 | KL | A103 Draft/revise B190 Other Contested Matters (excluding assumption/ rejection motions): Finalizing and filing response in opposition to motion to reconsider and response in opposition to motion to dismiss case | 0.60 |
| 05/20/2026 | FW | A103 Draft/revise L430 Written Motions and Submissions: Review and revise the Response in Opposition to Motion for Relief from Stay, the Response in Opposition to Motion for Reconsideration, and the Response in Opposition to Motion to Dismiss or Convert; and correspond with Kim Lynch regarding filing status for All Seasons Joy, LLC. | 0.80 |
| 05/20/2026 | FW | A104 Review/analyze L430 Written Motions and Submissions: Review correspondence from Kim Lynch regarding the Motion for Relief from Stay, Motion to Reconsider Motion to Vacate Dismissal, and Motion to Dismiss or Convert for All Seasons Joy, LLC. | 0.10 |
| 05/20/2026 | FW | A104 Review/analyze B240 Tax Issues: Review 2024 tax return records, including Schedule E and Net Operating Loss reporting, for Griffin Davis and Hughetta Davis for All Seasons Joy, LLC. | 0.10 |
| 05/20/2026 | FW | A106 Communicate (with client) B110 Case Administration: Attend meeting with Tarya Davis and Kim Lynch regarding case status and matter management for All Seasons Joy, LLC. | 0.80 |
| 05/21/2026 | FW | A104 Review/analyze L510 Appellate Motions and Submissions: Review and analyze the order from the Fourth District Court of Appeal denying the motion to dismiss the appeal for lack of jurisdiction for Hill Top Missionary Baptist Church, Inc. | 0.40 |
| 05/21/2026 | FW | A106 Communicate (with client) B240 Tax Issues: Correspond with Michael Brown regarding tax return status and documentation for LLC contributions to | 0.10 |

| | | | |
|---|---|---|---|
| | | the plan for All Seasons Joy, LLC. | |
| 05/22/2026 | KL | A106 Communicate (with client) B110 Case Administration: Participate in Zoom call regarding notice of dismiss in state court case; chapter 11 plan and upcoming hearing | 0.30 |
| 05/22/2026 | KL | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan): Revising draft plan and email to client for signature | 0.60 |
| 05/22/2026 | KL | A103 Draft/revise B110 Case Administration: Finalizing and filing plan; email copy to clients | 0.30 |
| 05/22/2026 | FW | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan): Analyze and revise the Subchapter V Plan of Reorganization regarding secured claim treatment for Frank Daniels, rental income projections, and third-party contributions; correspondence with Kimberly C. Lynch regarding finalization of the plan for All Seasons Joy, LLC. | 0.40 |
| 05/22/2026 | FW | A106 Communicate (with client) B110 Case Administration: Correspondence with Tarya Davis, Delaun Davis, and Michael Brown regarding plan information requirements, meeting coordination, and the Hilltop appeal dismissal for All Seasons Joy, LLC. | 0.30 |
| 05/22/2026 | FW | A106 Communicate (with client) B110 Case Administration: Attend meeting with Griffin Davis regarding case status and matter management for All Seasons Joy, LLC. | 0.30 |
| 05/26/2026 | JEL | A103 Draft/revise B110 Case Administration: Prepare hearing binder for Status Conferencing | 0.90 |
| 05/26/2026 | KL | A103 Draft/revise B110 Case Administration: collating, finalizing and filing the April monthly operating report | 0.20 |
| 05/26/2026 | KL | A103 Draft/revise B110 Case Administration: Drafting order scheduling confirmation | 0.60 |
| 05/26/2026 | FW | A106 Communicate (with client) B110 Case Administration: Correspondence with Tarya Davis, Delaun Davis, and Michael Brown regarding hearing logistics, courthouse security requirements, and meeting coordination; and review correspondence from the Court regarding the confirmation hearing order for All Seasons Joy, LLC. | 0.40 |
| 05/26/2026 | FW | Attend meeting regarding case status and matter management for All Seasons Joy, LLC. | 0.20 |
| 05/26/2026 | FW | Review and analyze the Emergency Motion to Dismiss Case filed by Heidi A. Feinman on behalf of the United States Trustee regarding allegations of gross mismanagement of the estate and cause for dismissal pursuant to 11 U.S.C. § 1112(b)(4)(B). | 0.20 |
| 05/26/2026 | FW | Confer with Kimberly C. Lynch via telephone regarding case status and activity updates for All Seasons Joy, LLC. | 0.10 |
| 05/27/2026 | KL | A103 Draft/revise B110 Case Administration: Preparing projections | 0.10 |
| 05/27/2026 | FW | A111 Other B110 Case Administration: travel to West Palm | 2.00 |
| 05/27/2026 | FW | A111 Other B110 Case Administration: travel to Orlando | 2.00 |

| | | | |
|---|---|---|---|
| 05/27/2026 | FW | A109 Appear for/attend B110 Case Administration: hearing on status conference | 2.00 |
| 05/28/2026 | KL | A105 Communicate (in firm) B110 Case Administration: Conferring with attorney regarding status and docket entry requiring debtor to serve notice docket 58 which is not our document | 0.30 |
| 05/28/2026 | KL | A108 Communicate (other external) B110 Case Administration: Email to court room deputy regarding notice on docket to serve the order on judicial notice which was not filed by debtor but rather the creditor | 0.10 |
| 05/28/2026 | JEL | A102 Research B110 Case Administration: Conduct research of public records and property information regarding real properties generating rental income for client | 0.50 |
| 05/29/2026 | FW | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan): Correspond with Matthew Sean Tucker regarding financial calculations and potential settlement options for All Seasons Joy, LLC. | 0.10 |
| 06/01/2026 | FW | A106 Communicate (with client) B110 Case Administration: Correspondence with Tarya Davis regarding case status and matter management for All Seasons Joy, LLC. | 0.10 |
| 06/01/2026 | FW | A104 Review/analyze B240 Tax Issues: Review and analyze the Subchapter V debt limit calculation regarding scheduled tax claims and total liabilities for Frank Daniels for All Seasons Joy, LLC. | 0.10 |
| 06/02/2026 | KL | A103 Draft/revise B110 Case Administration: Finalizing confirmation order and upload to court | 0.30 |
| 06/02/2026 | FW | A106 Communicate (with client) B110 Case Administration: Correspondence with Denzel Davis regarding meeting coordination and strategic alternatives for Matt Tucker for All Seasons Joy, LLC. | 0.20 |
| 06/03/2026 | KL | A104 Review/analyze B110 Case Administration: Reviewing and calendaring deadlines in order setting hearing on confirmation | 0.40 |
| 06/03/2026 | KL | A103 Draft/revise B110 Case Administration: Working on projections for the plan; email to attorney for review | 0.50 |
| 06/04/2026 | KL | A106 Communicate (with client) B110 Case Administration: Telephone call from Denzel regarding cancelling Zoom hearing scheduled for today; telephone him back to Zoom Friday, June 5th at 4:00pm | 0.10 |
| 06/04/2026 | KL | A105 Communicate (in firm) B110 Case Administration: Emailing E. Fernandez regarding Zoom call cancellation and availability for Zoom Friday, June 5th at 4:00pm | 0.10 |
| 06/04/2026 | FW | A106 Communicate (with client) B110 Case Administration: Correspond with Denzel Davis and Kim Lynch regarding case status and matter management. | 0.10 |
| 06/05/2026 | FW | Participate in status meeting regarding case status for All Seasons Joy, LLC. | 0.60 |
| 06/05/2026 | FW | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan): Correspondence with Denzel Davis regarding meeting coordination and strategy for addressing Matthew Tucker and potential settlement options for All Seasons Joy, LLC. | 0.10 |

| | | | |
|---|---|---|---|
| 06/08/2026 | KL | A103 Draft/revise B110 Case Administration: Preparing solicitation package including ballots for voting; reviewing local rules regarding solicitation package | 0.70 |
| 06/08/2026 | JEL | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan): Finalize solicitation package and ballots | 0.50 |
| 06/08/2026 | JEL | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan): Draft and customize ballots for classified creditors in accordance with Plan of Reorganization | 1.10 |
| 06/08/2026 | JEL | A103 Draft/revise B110 Case Administration: Draft Certificate of Service regarding solicitation package | 0.10 |
| 06/08/2026 | JEL | A103 Draft/revise B110 Case Administration: Finalize Certificate of Service regarding solicitation package and ballots and coordinate service of same | 0.50 |
| 06/19/2026 | KL | A106 Communicate (with client) B110 Case Administration: Email to client re: reminder to email me bank statement and list of debits and checks written to prepare monthly operating report | 0.10 |
| 06/22/2026 | KL | A106 Communicate (with client) B110 Case Administration: Telephone call from client regarding health issues of mom; bank statement for the monthly operating report | 0.10 |
| 06/22/2026 | KL | A106 Communicate (with client) B110 Case Administration: Reviewing and responding to client email with May DIP account bank statement; review total rents that should have been collected | 0.20 |
| 06/22/2026 | FW | A106 Communicate (with client) B110 Case Administration: Correspond with Delaun Davis regarding meeting coordination and matter management for All Seasons Joy, LLC. | 0.20 |
| 06/23/2026 | FW | Correspond with Matthew Sean Tucker regarding the treatment of professional fees and the status of a settlement offer. | 0.10 |
| 06/24/2026 | KL | A103 Draft/revise B110 Case Administration: Preparing monthly operating report and email to client for review and signature | 0.40 |
| | | **Quantity Subtotal** | **53.9** |
| | | **Services Subtotal** | **$25,202.00** |

## Expenses

| Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|
| 04/17/2026 | E108 Postage: Order Granting Debtor's Motion to Extend Time to File Lists Schedules and Statements | 11.00 | $0.74 | $8.14 |
| 04/17/2026 | E101 Copying: 11 envelopes<br>1 page/envelope | 22.00 | $0.05 | $1.10 |
| 04/22/2026 | E108 Postage: Debtor's Emergency Motion to Vacate Order Dismissing Case and Reinstate Chapter 11 Proceeding | 11.00 | $0.74 | $8.14 |
| 04/22/2026 | E101 Copying: 11 envelopes | 66.00 | $0.05 | $3.30 |

| | | | | |
|---|---|---|---|---|
| | 5 pages/envelope | | | |
| 04/28/2026 | E108 Postage: Order Granting Debtor's Emergency Motion to Vacate Order Dismissing Case and Reinstate Ch 11 | 11.00 | $0.74 | $8.14 |
| 04/28/2026 | E101 Copying: 11 envelopes<br>2 pages/envelope | 33.00 | $0.05 | $1.65 |
| 05/01/2026 | E108 Postage: Order Setting Subchapter V Status Conference, Claims, Bar Date and Deadline for Elections | 11.00 | $0.74 | $8.14 |
| 05/01/2026 | E101 Copying: 11 envelopes<br>1 page/envelope | 22.00 | $0.05 | $1.10 |
| 05/21/2026 | E110 Out-of-town travel: Brightline Ticket to West Palm Beach, FL on May 27, 2026<br>Booking #L45ACU<br>Invoice/Billing Date: May 21, 2026 | 1.00 | $120.46 | $120.46 |
| 05/27/2026 | E110 Out-of-town travel: Brightline Ticket to Orlando, FL on May 27, 2026<br>Booking #L45ACU<br>Invoice/Billing Date: May 27, 2026 | 1.00 | $65.00 | $65.00 |
| 05/27/2026 | E110 Out-of-town travel: Rebooked Brightline Ticket to Orlando, FL on May 27, 2026<br>Booking #FU5PLY<br>Invoice/Billing Date: May 27, 2026 | 1.00 | $124.48 | $124.48 |
| 06/08/2026 | E108 Postage: Ballot<br>Order Setting Hearing Confirmation<br>Ch 11 Small Business Sub Chapter V Plan | 14.00 | $2.44 | $34.16 |
| 06/08/2026 | E108 Postage: Ballot<br>Order Setting Hearing Confirmation<br>Ch 11 Small Business Sub Chapter V Plan | 1.00 | $3.56 | $3.56 |
| 06/08/2026 | E108 Postage: Certificate of Service of Ballots | 15.00 | $0.74 | $11.10 |
| 06/09/2026 | E101 Copying: 15 envelopes<br>12 pages/envelope | 195.00 | $0.05 | $9.75 |
| 06/09/2026 | E101 Copying: 15 envelopes<br>1 page/envelope | 30.00 | $0.05 | $1.50 |
| | | | **Expenses Subtotal** | **$409.72** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Frank Wolff | 26.5 | $700.00 | $18,550.00 |
| James Lies | 3.6 | $195.00 | $702.00 |
| Kim Lynch | 23.8 | $250.00 | $5,950.00 |
| | | **Quantity Total** | **53.9** |

| | |
|---|---|
| **Subtotal** | **$25,611.72** |
| **Total** | **$25,611.72** |
| **Payment (06/29/2026)** | **-$7,261.00** |
| **Balance Owing** | **$18,350.72** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 23745 | 08/05/2026 | $18,713.70 | $0.00 | $18,713.70 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 23358 | 06/29/2026 | $25,611.72 | $7,261.00 | $18,350.72 |
| | | | **Outstanding Balance** | **$37,064.42** |
| | | | **Total Amount Outstanding** | **$37,064.42** |

### IOLTA Trust Account

| Date | Type | Description | Matter | Receipts | Payments | Balance |
|---|---|---|---|---|---|---|
| 03/30/2026 | | Payment for invoice #22238 | 28416-00002/All Seasons Joy, LLC-CH 11 Debtor (Post-Petition) | $12,912.50 | | -$12,912.50 |
| 06/29/2026 | | Payment for invoice #23358 | 28416-00002/All Seasons Joy, LLC-CH 11 Debtor (Post-Petition) | $7,261.00 | | -$20,173.50 |
| | | | | **IOLTA Trust Account Balance** | | **$5,043.50** |

Please make all amounts payable to: Nardella & Nardella, PLLC

Payment is due upon receipt. **Effective July 1, 2025**, a surcharge will be applied to all credit card payments. The surcharge will be **2.95% for Visa and Mastercard** transactions, and **3% for American Express**. Payments made by **ACH transfer, eCheck, debit card, or check** will not incur this surcharge.

**Our preferred payment method is ACH transfer: Routing #061000104 Account #1000160236260**

**Payment Link for eChecks, debit cards, and credit cards**: **https://app.clio.com/link/7TanFHmGYd6d**

Payment is due upon receipt.

Label Matrix for local noticing
113C-9
Case 26-12879-EPK
Southern District of Florida
West Palm Beach
Tue Aug 11 16:16:32 EDT 2026

All Seasons Joy, LLC
1441 W 30th St
Riviera Beach, FL 33404-3535

Akira West
340 West 19th St.
Riviera Beach, FL 33404-6125

Frank Daniels
757 W. 5th Street
Riviera Beach, FL 33404-7405

Frank Daniels
c/o Tucker Law
800 SE 3rd Avenue, Suite 300
Fort Lauderdale, FL 33316-1152

Geraldine Blount
1472 W. 34th St
Riviera Beach, FL 33404-2984

~~Hill Top Missionary Baptist Church~~
~~1273 W. 30th Street~~
~~Riviera Beach, FL 33404-3531~~

Jean Ferdinand
1350 W. 29th St
Riviera Beach, FL 33404-3524

Lucinda Warren
1472 W. 34th Street #1
Riviera Beach, FL 33404-2984

Mary Hightower
1306 W. 23rd St
Riviera Beach, FL 33404-4206

~~Office of the US Trustee~~
~~51 S.W. 1st Ave.~~
~~Suite 1204~~
~~Miami, FL 33130-1614~~

Palm Beach County Tax Collector
Governmental Center
301 North Olive Ave
3rd Floor
West Palm Beach, FL 33401-4700

Tucker Law
c/o Matthew Sean Tucker
800 SE 3rd Avenue
Suite 300
Fort Lauderdale, FL 33316-1152

Frank Daniels
800 SE 3rd Ave #300
Fort Lauderdale, FL 33316-1152

~~Frank M. Wolff Esq~~
~~135 W. Central Blvd., Ste. 300~~
~~Orlando, FL 32801-2435~~

~~Linda Marie Leali~~
~~2525 Ponce De Leon Blvd., Suite 300~~
~~Coral Gables, FL 33134-6044~~

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

End of Label Matrix
Mailable recipients 15
Bypassed recipients 1
Total 16